IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL VAN LINES, INC.,<br>700 Oakmont Lane<br>Westmont, IL 60559<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL MOVING SYSTEMS, INC.,<br>1200 G. Street<br>Washington, DC 20005<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. : |

## COMPLAINT

COMES NOW Plaintiff GLOBAL VAN LINES, INC. ("Global"), by counsel, and

complain of Defendant GLOBAL MOVING SYSTEMS, INC. ("Global Moving Systems"), as

follows:

## PARTIES

1.     Global is a Delaware corporation and is a citizen of Delaware and Illinois, having

its principal place of business at 700 Oakmont Lane, Westmont, Illinois 60559.

2.     Global Moving Systems is a District of Columbia corporation and is a citizen of

Delaware and the District of Columbia, having its principal place of business at 1200 G Street,

Washington, DC 20005.

## JURISDICTION

3.     This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331

in that the matter raises federal questions and arises under federal law. Further, supplemental

jurisdiction exists over all other claims pursuant to 28 U.S.C. § 1367(a).

4      This Court additionally has jurisdiction pursuant to this Complaint's actions for trademark infringement, false advertising and trademark dilution pursuant to 15 U.S.C. § 1051, *et. seq.*

5.     Personal jurisdiction over the sole defendant, Global Moving Systems, is conferred by the fact that its principal place of business is located in the District of Columbia.

## VENUE

6.     Venue is proper in the United States District Court for the District of Columbia insofar as a substantial part of the events and omissions giving rise to this action occurred in the District of Columbia. 28 U.S.C. § 1391(a)(2). Also, the damages to Global occur in this jurisdiction and elsewhere.

## FACTS COMMON TO ALL COUNTS

7.     Global, in coordination and cooperation with its authorized, licensed agents, has been extensively engaged in the business of providing and marketing a variety of transportation services in interstate commerce since 1956 under the names and marks, Global and Global Van Lines.

8.     Global and its agents offer services to households and commercial concerns, including but not limited to packing, transportation, and storage of household goods and other commodities; freight forwarding services; relocation services; transportation brokerage services; marketing of transportation services; transportation insurance services; transportation monitoring services; as well as other transportation services.

9.     Global holds certificates of authority from the Federal Highway Administration and the Surface Transportation Board to transport household goods between points in the United States and Canada and is currently and daily engaged in such transportation.

10.    In order to protect the extensive goodwill it has built up over the years in the names and Marks "Global Van Lines," "Global," and its other service marks and design logos, Global has registered several trade- and service marks in the principal register of the United States Patent and Trademark Office.  For example, Global is the owner of incontestable United States trademark registration Nos. 897,127 and 903,656 for the service marks "GLOBAL and Design" and "GLOBAL", respectively.  These service marks were registered on August 18, 1970 and December 1, 1970, respectively and remain after subsequent renewal in full force and effect. These marks have been in continuous use since 1956 and 1966, respectively, for services involving the packing, storing and transportation of goods for others.  Other registered marks on the principal register of the United States Patent and Trademark Office owned by Global include the following trademarks, hereinafter, and collectively with the above service marks, referred to as the "Global Marks":

A.    "GLOBAL", Registration No. 1,119,228, in use since May 1, 1956 in connection with cartons, containers and packing materials for use in the transportation and storage of goods and household articles, and now incontestable under 15 U.S.C. § 1065; and

B.    "GLOBAL and Design", Registration No. 1,167,207, in use since May 10, 1966 in connection with cartons, containers and packing materials for use in the transportation and storage of goods and household articles, and now incontestable under 15 U.S.C. § 1065.

Copies of the United States registrations of the above-listed Global Marks are attached hereto as Exhibit A.

11.    Under the Trademark Act, 15 U.S.C. § 1115(a), Global has exclusive rights to its registered name and Global Marks and to the use of said name and Global Marks in connection with the commercial and household goods moving services covered by the registrations.  In

addition, the incontestable status of the registrations noted above serves as conclusive evidence of Global's exclusive right to use those marks in commerce. 15 U.S.C. § 1115(b).

12.      Global has extensively advertised and promoted the Global name and Global Marks throughout the United States and in several foreign countries by using the Global name and Global Marks in association with the above-identified services. Global expended in excess of one million dollars in 2006 and will spend a like amount in 2007 advertising and promoting the Global name and Global Marks. Global and its licensed agents annually transport over two hundred thousand (200,000) shipments within the United States, and forty thousand (40,000) shipments internationally. Specifically, Global and its licensed agents prominently use the Global name and Global Marks in advertising and promoting its moving and storage services through television commercials, internet advertisement and promotion, print advertisements, shipping materials, brochures and sales contracts, shipping documents, signage appearing at the business premises of authorized Global agents, yellow page listings, and signage appearing on trucks and other equipment used by authorized Global agents.

13.      Global, through its nationwide use and extensive advertisement of the Global name and Global Marks commencing since 1956, has built up very valuable goodwill in its names and the Global Marks as applied to the above-identified services. Families and businesses throughout the United States have come to associate the Global name and Global Marks with quality transportation of household goods and other commodities. The Global name and Global Marks are a virtual guarantee of quality and trustworthiness based upon the long-standing reputation of both the company and its numerous services. As a result, the public and members of the trade have come to know, recognize and identify said transportation services and similar services bearing the Global name and Global Marks as services of Plaintiff, Global.

4

14.    Global also has licensed certain companies to act as agents of Global ("licensees") and has permitted the licensees to use Global's name and the Global Marks on their vehicles, equipment, advertising, and other products. Since 1956, hundreds of licensees have used the Global name and Global Marks in this manner. Global has been careful to limit such activities only pursuant to licensing arrangements by which it maintains complete control over the manner in which the Global name and Global Marks are used. The public has come to identify the Global name and Global Marks as exclusively representing Global, and to associate all uses of the Global name and Global Marks with either Global or its licensees, who use the Global name and Global Marks to advertise their affiliation with Global.

15.    As a result of the publicity, promotion, advertising, and marketing efforts of Global and its licensees, the general public has become familiar with Global and its official logo, and the Global name and Global Marks have acquired a secondary meaning and have become famous worldwide. Consequently, the trade names "Global Van Lines" and "Global," as well as the aforesaid Global Marks, are valuable assets of the company.

16.    For a time period subject to further discovery, Global Moving Systems has been holding itself out to the public as movers of commercial and household goods under the name "Global Moving Systems."

17.    For a time period subject to further discovery, Global Moving Systems has created, owns and is currently operating a website known as www.globalmoving.com, and at this website is currently holding and has been holding itself out to the public as movers of commercial and household goods under the name "Global Moving Systems." A copy of the homepage of www.globalmoving.com is attached hereto as Exhibit B (along with other links from the homepage that are within the www.globalmoving.com website).

18. The website www.globalmoving.com actively solicits commercial and consumer customers of both interstate and intrastate moving and storage services and contains direct solicitations of customers in Virginia, Maryland, New Jersey, New York, Connecticut, Massachusetts, and New Hampshire. The website also lists a physical address in the District of Columbia, telephone numbers, and an e-mail contact address, and contains a moving estimate request form, storage advice, and a moving "tips" and a frequently-asked questions page. See Exhibit B.

19. At no point in time whatsoever has Global Moving Systems been authorized by Global to use the names Global, Global Moving, and/or Global Moving Systems, or the Global Marks in the marketing or provision of moving, transportation or storage services.

20. At no point in time whatsoever has Global Moving Systems been affiliated with Global or licensed to use the Global name or the Global Marks.

21. Subject to further investigation and discovery, Global Moving Systems continues to make unauthorized and unlicensed use of the names Global, Global Moving, and Global Moving Systems and continues to operate the www.globalmoving.com website.

## COUNT I – Trademark Infringement in Violation of 15 U.S.C. § 1114(1)

22. Global repeats and re-alleges the allegations contained in paragraphs 1 through 21, inclusive.

23. Global Moving Systems' use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in interstate commerce without the consent of Global has caused and continues to cause confusion, mistake, and deception in the minds of the public.

24.     By engaging in unauthorized use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in connection with the marketing and provision of its supposed moving and storage services, Global Moving Systems is using a counterfeit name and mark in connection with the sale and offering for sale of like or similar services in violation of 15 U.S.C. § 1117(c).

25.     Subject to further investigation and discovery, Global Moving Systems' use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in connection with the marketing and provision of moving and storage services is willful and has been done with the intention of trading upon the valuable goodwill built up by Global in its name and marks.

26.     Global Moving Systems' use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in connection with the marketing and provision of its moving and storage services jeopardizes the entire goodwill symbolized by Global's trade name and marks, causing immediate, serious, and irreparable injury to Global, for which Global does not have an adequate remedy at law.

27.     By reason of the foregoing, Global has been injured in an amount not yet ascertained and is entitled to the remedies provided for in 15 U.S.C. § 1116 et seq.

**COUNT II - False Designation of Origin in Violation of 15 U.S.C. § 1125(a)**

28.     Global repeats and re-alleges the allegations contained in paragraphs 1 through 21, inclusive.

29.     Global Moving Systems' continued and unauthorized use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in interstate commerce is a false designation of origin and/or a false description or representation.  Such use

has misled and deceived, and will continue to mislead and deceive, the public into believing that Global Moving Systems' use of such names and use of the Global Marks in connection with the marketing and provision of moving and storage services originates with Global, is licensed by Global, or is in some way sanctioned, authorized or in some other way affiliated with Global.

30.    Subject to further investigation and discovery, Global Moving Systems' continued and unauthorized use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in connection with the marketing and provision of moving and storage services is willful and has been done with the intention of trading upon the valuable goodwill built up by Global in its name and marks.

31.    Global Moving Systems' continued and unauthorized association of the infringing names Global, Global Moving, and Global Moving Systems, and  use of the Global Marks in connection with the marketing and provision of moving and storage services has resulted in profits to Global Moving Systems and has thereby deprived Global of revenue to which it is entitled.

32.    By so imitating Global's name and infringing the Global Marks in interstate commerce, Global Moving Systems has violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

33.    By reason of the foregoing, Global has been injured in an amount not yet ascertained and is entitled to the remedies provided for in 15 U.S.C. § 1116 et seq.

### COUNT III - Trademark Dilution in Violation of 15 U.S.C. § 1125(c)

34.    Global repeats and re-alleges the allegations contained in paragraphs 1 through 21, inclusive.

35.    The Global name and the Global Marks have been famous and distinctive from at least as early as 1956.

36.    Global Moving Systems' continued and unauthorized use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in interstate commerce has been solely for its own commercial gain and not that of Global.

37.    Global Moving Systems' infringing use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in connection with the marketing and provision of moving and storage services tarnishes and dilutes the distinctive quality of the public image of Global's name and that of the Global Marks, and thereby substantially and significantly harms Global.

38.    Global Moving Systems willfully and intentionally trades on, dilutes, and tarnishes Global's name and the Global Marks and therefore the reputation of Global.

39.    Subject to further investigation and discovery, Global Moving Systems' unauthorized adoption and continued use of the names Global, Global Moving, and Global Moving Systems, which are names and designations virtually identical to and thus confusingly similar to Global's name and the Global Marks, is willful and has been done with the intention of trading upon the valuable goodwill built up by Global in its name and in the Global Marks.

40.    Global Moving Systems' continued and unauthorized use of the names Global, Global Moving, and Global Moving Systems, and use of the Global Marks in connection with the marketing and provision of moving and storage services jeopardizes the entire goodwill built up by Global in its name and in the Global Marks, causing serious irreparable injury to Global for which Global has no adequate remedy at law.

41.     By so diluting and tarnishing Global's name and the Global Marks, Global Moving Systems has violated the Federal Trademark Dilution Act of 1995, Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

42.     By reason of the foregoing, Global has been injured in an amount not yet ascertained and is entitled to the remedies provided for in 15 U.S.C. §§ 1117(a), 1118, and 1125(c).

### COUNT IV - Unfair Competition

43.     Global repeats and re-alleges the allegations contained in paragraphs 1 through 21, inclusive.

44.     Global Moving Systems' continued use of trade names virtually identical to Global's and of marks virtually identical to the Global Marks in connection with the marketing and provision of moving and storage services has caused, and is likely to cause additional confusion as to the source and affiliation of Global Moving Systems' services or approval of those services by Global or Global's authorized agents.

45.     Subject to further investigation and discovery, Global Moving Systems' unauthorized adoption and continued use of names and designations virtually identical to and thus confusingly similar to the Global name and Global Marks, is willful and has been done with the intention of trading upon the valuable goodwill built up by Global in its name and in the Global Marks.

46.     The Defendants' use of the names Global, Global Moving, and Global Moving Systems constitutes palming off, infringement, and misappropriation of the Global name and the Global Marks, and is actionable under the law of unfair competition.

47.    By reason of the foregoing, Global has been injured in an amount not yet ascertained, and is entitled to monetary and equitable remedies.

## COUNT V – Injunctive Relief

48.    Global re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if fully set forth herein.

49.    Global has at least a reasonable likelihood of success on the merits in prevailing in this lawsuit.

50.    Global has no adequate remedy at law and will be irreparably harmed if preliminary and permanent injunctions do not issue requiring Global Moving Systems to immediately and permanently cease their operation of the website www.globalmoving.com and their use of the names Global, Global Moving, and Global Moving Systems.

51.    The actual and threatened injury to Global far outweighs the threatened harm the injunction may inflict on Global Moving Systems in that Global stands to lose the valuable goodwill built up by Global in its name and the valuable reputation built over many years with the shipping public.

52.    The granting of preliminary and permanent injunctions will not disserve the public interest, but rather will promote the public interest by preventing Defendant from engaging in the dishonest and wholly misleading conduct herein alleged.

## COUNT VI – Action under the Virginia Consumer Protection Act of 1977, Va. Code §59.1-196 et seq.

53.    Global re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if fully set forth herein.

54.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage

services through the website www.globalmoving.com are unfair or deceptive acts or practices as those terms are defined in Va. Code §59.1-200. To wit, these activities constitute:

a.    Misrepresentation of its moving and storage services as those of another, particularly Global;

b.    Misrepresentation of the source, sponsorship, approval, or certification of its moving and storage services;

c.    Misrepresentation of the affiliation, connection, or association of its moving and storage services;

d.    Misrepresentation that its moving and storage services have certain quantities, characteristics, ingredients, uses, or benefits, particularly that of Global's moving and storage services; and

e.    Misrepresenting that goods or services are of a particular standard, quality, grade, style, or model, particularly that of Global's moving and storage services.

55.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has been done by them with the intent that the shipping public rely on the fraudulent concealment of the fact that Global Moving Systems has no association with Global and that Global has not authorized or ratified these activities, and with the intent that the shipping public rely on the fraudulent misrepresentation that these actions have been done with Global's authorization, ratification and/or for Global's benefit.

56.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has misled and deceived, and will continue to mislead and deceive, the public into believing that these activities originate with Global, were in some way authorized or ratified by Global, or were in some other way affiliated with Global.

**COUNT VII – Action under the Maryland Consumer Protection Act, Md. Comm. Law Code §13-101 et seq.**

57.    Global re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if fully set forth herein.

58.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com are unfair or deceptive acts or practices as those terms are defined in Md. Comm. Law Code §13-301.  To wit, these activities constitute:

   a.    Falsely misleading statements and visual descriptions having the capacity, tendency, and effect of deceiving or misleading consumers of moving and storage services;

   b.    Representations that:

      1.    Its moving and storage services are sponsored or approved by Global when they are and were not;

      2.    It has the sponsorship or approval of, or affiliation or connection with Global when it does not; and

      3.    Its moving and storage services are of the standard and quality of those offered by Global when the same are not;

   c.    A failure to state that its moving and storage services are not affiliated with, sponsored by or approved by Global and this failure deceives the shipping public; and

   d.    Deceptions, frauds, false pretenses, false premises, and misrepresentations of material facts with the intent that consumers rely on the same in connection with the promotion or sale of its moving and storage services.

59.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has been done by them with the intent that the shipping public rely on the fraudulent concealment of the fact that Global Moving Systems

has no association with Global and that Global has not authorized or ratified these activities, and with the intent that the shipping public rely on the fraudulent misrepresentation that these actions have been done with Global's authorization and/or ratification and for Global's benefit.

60.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has misled and deceived, and will continue to mislead and deceive, the public into believing that these activities originate with Global, were in some way authorized or ratified by Global, or were in some other way affiliated with Global.

**COUNT VIII – Action under Section 349 of the New York General Business Law, N.Y. Gen. Bus. Law §349 and §350 et seq.**

61.    Global re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if fully set forth herein.

62.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com are unfair methods of competition and unfair or deceptive acts or practices under N.Y. Gen. Bus. Law § 349.

63.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has been done by them with the intent that the shipping public rely on the fraudulent concealment of the fact that Global Moving Systems has no association with Global and that Global has not authorized or ratified these activities, and with the intent that the shipping public rely on the fraudulent misrepresentation that these actions have been done with Global's authorization and/or ratification and for Global's benefit.

64.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has misled and deceived, and will continue to mislead and deceive, the public into believing that these activities originate with Global, were in some way authorized or ratified by Global, or were in some other way affiliated with Global.

**COUNT IX – Action under the New Jersey Consumer Fraud Act, N. J. Stat. §56:8-1 et seq.**

65.    Global re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if fully set forth herein.

66.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com are unfair methods of competition and unfair or deceptive acts.

67.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has been done by them with the intent that the shipping public rely on the fraudulent concealment of the fact that Global Moving Systems has no association with Global and that Global has not authorized or ratified these activities, and with the intent that the shipping public rely on the fraudulent misrepresentation that these actions have been done with Global's authorization and/or ratification and for Global's benefit.

68.    Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has misled and deceived, and will continue

to mislead and deceive, the public into believing that these activities originate with Global, were in some way authorized or ratified by Global, or were in some other way affiliated with Global.

## COUNT X – Action under the Connecticut Unfair Trade Practices Act (CUTPA), Conn. Gen. Stat. §42-110a et seq.

69.   Global re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if fully set forth herein.

70.   Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com are unfair methods of competition and unfair or deceptive acts or practices as under Conn. Gen. Stat. §42-110b.

71.   Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has been done by them with the intent that the shipping public rely on the fraudulent concealment of the fact that Global Moving Systems has no association with Global and that Global has not authorized or ratified these activities, and with the intent that the shipping public rely on the fraudulent misrepresentation that these actions have been done with Global's authorization and/or ratification and for Global's benefit.

72.   Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has misled and deceived, and will continue to mislead and deceive, the public into believing that these activities originate with Global, were in some way authorized or ratified by Global, or were in some other way affiliated with Global.

## COUNT XI – Action under the Massachusetts Regulation of Business Practice and Consumer Protection Act, Mass. Gen. Laws, Ch. 93A, §1 et seq.

16

73.     Global re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if fully set forth herein.

74.     Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com are unfair methods of competition and unfair or deceptive acts or practices under Mass. Gen. Laws, Ch. 93A, §2.

75.     Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has been done by them with the intent that the shipping public rely on the fraudulent concealment of the fact that Global Moving Systems has no association with Global and that Global has not authorized or ratified these activities, and with the intent that the shipping public rely on the fraudulent misrepresentation that these actions have been done with Global's authorization and/or ratification and for Global's benefit.

76.     Global Moving Systems' unauthorized use of the names Global, Global Moving, and Global Moving Systems, and its sales, marketing and provision of moving and storage services through the website www.globalmoving.com has misled and deceived, and will continue to mislead and deceive, the public into believing that these activities originate with Global, were in some way authorized or ratified by Global, or were in some other way affiliated with Global.

## COUNT XII – Action under the New Hampshire Consumer Protection Act, N.H. Rev. Stat. Ann. §358-A et seq.

77.     Global re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if fully set forth herein.

78.     The Defendant's unauthorized use, individually or through their business "Global Moving Systems," of the names Global, Global Moving, and Global Moving Systems, and their

sales and marketing of moving and storage services through the website www.globalmoving.com

are unfair or deceptive acts or practices as those terms are defined in N.H. Rev. Stat. Ann. §358-

A:2. To wit, these activities:

    a.    Constitute false passing off of goods or services as those of another, particularly Global;

    b.    Cause confusion and misunderstanding as to their source, sponsorship, approval, in particular that of Global;

    c.    Cause confusion and misunderstanding as to an apparent affiliation, connection or association with, and certification by another, particularly Global;

    d.    Are misrepresentations that the moving and services being marketed by "Global Moving Systems" have the sponsorship and approval of Global, which they do not have;

    e.    Are misrepresentations that the moving and storage services being marketed by "Global Moving Systems" have the standard, quality or grade of those marketed and provided nationwide by Global;

    f.    Are falsely advertising the moving and storage services of "Global Moving Systems" as those associated or affiliated with Global; and

    g.    Are acts and practices which are intentionally deceptive to the shipping public.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, Global Van Lines, Inc., prays this Honorable Court for the

following relief:

    A.    With respect to Counts I, II, III, IV and V for preliminary and permanent

injunctions restraining the Defendant Global Moving Systems from:

    1.    Imitating, copying, infringing, counterfeiting, or making unauthorized use of Global's common law and federally registered names and marks, including that of "Global Moving Systems" and any and all other names and marks containing the word "Global," including but not limited to Registration Nos. 897,127 and 903,656, 1,119,228 and 1,167,207, or any confusingly similar marks or designations, alone or in combination with other words, as a service mark, trade name, logo, component, or

otherwise, to market, advertise, or identify Global Moving Systems' moving and storage services;

2.  Making any statement or representation whatsoever, or using any false designation of origin or description (including, without limitation, any words, designs or symbols, including use of any and all names containing the word "Global"), or performing any act which can or is likely to confuse or lead the trade or public, or individual members thereof, to believe that Global Moving Systems' services are in any manner associated or connected with Global; and from

3.  Representing by advertisements, by statements, or otherwise to customers or potential customers that Global Moving Systems is in any way associated with or licensed by Global, or in any way affiliated with the business or services of Global and its authorized agents.

B.    With respect to Counts I, II, III, IV and V, that Global Moving Systems be directed to relinquish to Global the internet website whose address is www.globalmoving.com and require them to direct all "hits" to this website and calls to the telephone numbers listed thereon to another website and telephone number that is under the full control, authority and ownership of Global, or in the alternative, require them to immediately and permanently discontinue the operation this website and any telephone numbers listed thereon in connection with the sales, marketing and provision of moving and storage services.

C.    With respect to Counts I, II, III, IV and V, that Global Moving Systems be ordered to relinquish to Global any and all ownership rights to any and all telephone numbers currently registered to Global Moving Systems and used in connection with the sales, marketing and provision of moving and storage services.

D.    With respect to Counts I, II, III, IV and V, that pursuant to 15 U.S.C. § 1116(a), that Global Moving Systems be directed to file with this Court and serve upon Global within thirty (30) days after service of an injunction, a report in writing, under oath, setting forth in detail the manner and form in which Global Moving Systems has complied with said injunction.

E.      With respect to Counts I through IV and VI through XII, that Global Moving Systems be required to pay Global damages in the form of (1) profits derived as the consequence of said acts complained of herein; (2) damages sustained by Global; and (3) the costs and prejudgment interest thereon associated with this action pursuant to 15 U.S.C. § 1117(a). Moreover, Global requests that judgment be entered for treble the amount of such profits and damages, whichever is greater, pursuant to 15 U.S.C. § 1117(b). Finally, if Global so elects at any time before final judgment is entered by this court, Global requests that it be awarded statutory damages pursuant to 15 U.S.C. § 1117(c) as a result of Global Moving Systems' use of the names Global, Global Moving, and/or Global Moving Systems in connection with the sales, marketing and provision of moving and storage services.

F.      With respect to Counts I through III, that Global Moving Systems be directed to pay to Global reasonable attorney's fees and all costs and disbursements that Global has incurred in connection with this action pursuant to 15 U.S.C. §1117(a).

G.      With respect to Counts VI through XII, that Global Moving Systems be required to pay Global damages in the form of (1) profits derived as the consequence of said acts complained of herein; (2) damages sustained by Global; and (3) the costs and prejudgment interest thereon associated with this action. Further, Global requests that judgment be entered for an amount of punitive damages pursuant to Conn. Gen. Stat. §42-110g(a) and that judgment be entered for treble the amount of such profits and damages, whichever is greater, pursuant to Va. Code §59.1-204(A), N.Y. Gen. Bus. Law §350-e, N.J. Stat. §56:8-19, Mass. Gen. Laws, Ch. 93A, §9(3), and N.H. Rev. Stat. Ann. §358-A:10(I).

H.      With respect to Counts VI through XII, that Global Moving Systems be directed to pay to Global reasonable attorney's fees and all costs and disbursements that Global has

incurred in connection with this action pursuant to Va. Code §59.1-204(B), Md. Comm. Law

Code §13-408(b), N.Y. Gen. Bus. Law §350-e, N.J. Stat. §56:8-19, Conn. Gen. Stat. §42-

110g(d), Mass. Gen. Laws, Ch. 93A, §9(4), and N.H. Rev. Stat. Ann. §358-A:10(I).

     I.     That Global have such other and further relief that the Court may deem just and

proper.

Dated: October _31_, 2007.

                  Respectfully submitted,

                  DOMBROFF GILMORE JAQUES & FRENCH, PC

                  By: _____

                     Thomas B. Almy (#371235)
                     1676 International Dr., PH
                     McLean, VA 22102
                     Tel. (703) 336-8715
                     Fax (703) 336-8750

                  Attorney for Plaintiff Global Van Lines, Inc.

# Exhibit A

Int. Cl.: 39

Prior U.S. Cl.: 105

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 897,127
Registered Aug. 18, 1970
Renewal Approved Sep. 5, 1990

## SERVICE MARK
## PRINCIPAL REGISTER



GLOBAL, VAN LINES, INC. (TEXAS CORPORATION)
2301 NORTH GLASSELL
ORANGE, CA 92613

OWNER OF U.S. REG. NOS. 661,768 AND 695,839.

FOR: PACKING, STORING, AND TRANSPORTING GOODS FOR OTHERS, IN CLASS 105 (INT. CL. 39).
FIRST USE 5-10-1966; IN COMMERCE 5-10-1966.

SER. NO. 72-316,093, FILED 1-8-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 16, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 39

Prior U.S. Cl.: 105

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 903,656

Registered Dec. 1, 1970

Renewal Approved Sep. 5, 1990

## SERVICE MARK
## PRINCIPAL REGISTER

## GLOBAL

GLOBAL VAN LINES, INC. (TEXAS
  CORPORATION)
2301 NORTH GLASSELL
ORANGE, CA 92613

  OWNER OF U.S. REG. NO. 661,769.

FOR: PACKING, STORING AND
TRANSPORTING GOODS FOR OTHERS,
IN CLASS 105 (INT. CL. 39).
  FIRST USE 5-1-1956; IN COMMERCE
5-1-1956.

  SER. NO. 72-318,184, FILED 2-3-1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 16, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 16

Prior U.S. Cl.: 2

United States Patent and Trademark Office

Reg. No. 1,167,207
Registered Sep. 1, 1981

## TRADEMARK
Principal Register



Global Van Lines, Inc. (Texas corporation)
One Global Way
Anaheim, Calif. 92803

For: CARTONS, CONTAINERS AND PACK-
ING MATERIALS FOR USE IN THE TRANS-
PORTATION AND STORAGE OF GOODS AND
HOUSEHOLD ARTICLES, in CLASS 16 (U.S. Cl.
2).

First use May 10, 1966; in commerce May 10,
1966.

Ser. No. 144,048; filed Oct. 7, 1977.

HENRY S. ZAK, Primary Examiner

Int. Cl.: 16

Prior U.S. Cl.: 37

## United States Patent and Trademark Office

Reg. No. 1,119,228
Registered May 29, 1979

## TRADEMARK
### Principal Register

## GLOBAL

Global Van Lines, Inc. (Texas corporation)
1 Global Way
Anaheim, Calif.   92803

For: CARTONS, CONTAINERS AND PACKING MATERIALS FOR USE IN THE TRANSPORTATION AND STORAGE OF GOODS AND HOUSEHOLD ARTICLES, in CLASS 16 (U.S. CL. 37).

First use May 1, 1956; in commerce May 1, 1956.

Owner of Reg. Nos. 830,792, 897,127, and 903,656.

Ser. No. 144,047 filed Oct. 7, 1977.

# Exhibit B



Home | Testimonials | Local Moves | Long Distance | International | Storage | Packing | Online Quote | Moving Guide | Savings Center | Ab

Online Quote | Free Home Estimate     1-877-529-0333



# Moving with
# the best
# Is the best way
# of moving

**Global Moving Systems, Inc** is a leading full service moving & storage company. We specialize in Local, Interstate & International moving as well as professional packing and storage facility.

Find Moving company, Movers, Moving Ser Quotes in your local area:

 **New York, New Jersey, Conn**

 **Massachusetts, New Hamps**

 **Washington DC, Maryland, V**

 **Take the stress out of your** experienced estimators survey provide you with a Flat Rate Quc

 **Packing Materials.** Order materials online. Free Deliver move.

 **Need to move quickly?** Our and movers are available and 24/7. Click for a Quote or call 1-8

 **Testimonials!!!** from customer used our company, saved money an excellent service.

---

Free Online Estimate     Online Quote     Testimonials

## About us

Specializing in local, long distance and international moving, Global Moving Systems, Inc. is the premiere company prepared to handle all of your moving and relocation needs.

Our reputation and experience in the moving industry makes Global Moving Systems, Inc. a leading moving company. We offer unique services to fulfill all your relocation requirements:

 Personal Moving Coordinator           Professional Movers

 Cost effective moving solutions        Excellent Customer Service

 Warehousing & Storage                 Professional Packing Services

 High percentage of repeating          Solutions Customize service for local, long



customers                          distance and international moves -
                                   Individual & Corporate

We value our customers. We understand the difficulties in every move and
make every effort to provide you with a pleasant and stress-free relocation. Our
high standards of honesty and professionalism has been appreciated by our
customers who use our services again and again.

USDOT: 1385580 □ Corporate Moves  □  Offices  □  Interstate Moves  □  Houses  □  Military Staff  □  Apartments  □



A Long Distance Relocation is an across states move in a radius over 100-miles from your location. The industry standard is to charge by the size of your shipment based on the distanc destination. Global Moving Systems, Inc. also offer a Free Onsite Estimate at your location in provide you with a Flat Rate for your upcoming move.

We want to help you plan your move properly to make you relocation as exciting, rewarding a free as possible. Our highly appreciated reputation in the moving industry has made Global M Systems, Inc. to be a leading Relocation Company for long distance moves.

At Global Moving Systems, Inc. you will have a Personal Relocation Coordinator who will ass requirements before the move process begins, and recommend the service strategies and alt available and customize our services to fit your individual needs.

We will customize your move to fulfill all your individual requirements including professional m packing services, storage and customize delivery date. Learn more about Long Distance Mov Moving Guide.

 Moving Guide           Online Quote

 Free Onsite Estimate     Testimonials



Corporate Moves  x  Offices  x  Interstate Moves  x  Houses  x  Military Staff  x  Apartments

Global Moving Systems, Inc



Home  Testimonials  Local Moves  Long Distance  International  Storage  Packing  Online Quote  Moving Guide  Savings Center  Ab



## Moving Guide

A successful move starts with proper planning and preparations. Our relocation guide pro
with comprehensive information regarding your upcoming move.

Please review the guide carefully and contact your Personal Relocation Coordinator at Glob
Systems, Inc. in order to better understand the moving process, budget your moving costs
more about how we can customize our relocation service to fulfill all your individual requireme

Our relocation guide contain the following sections:

 Local Moves

 Moving Tips

 Long Distance Moves

 Packing & Storage

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc



Home  Testimonials  Local Moves  Long Distance  International  Storage  Packing  Online Quote  Moving Guide  Savings Center  Ab

# GLOBAL
MOVING SYSTEMS, INC.
LOCAL, LONG DISTANCE & INTERNATIONAL MOVING

## 1-877-529-0333

### Online Quote

**Personal Information**

Contact Name:

Email:

Home Phone:

Mobile Phone:

Company Name:

Work Phone:

Estimated Move Date:   Month     Date     2007

### Moving From

Move Size:  Please Select

Address:

Address(2):

City:

State:  Please Select

Zip:

**Moving To:**

Address:

Address(2):

City:

State:  Please Select

Zip:

### Additional Items to be shipped, or Additional Comments:

Submit

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc

http://www.globalmoving.com/Online_Quote.html

10/29/2007



Home  Testimonials  Local Moves  Long Distance  International  Storage  Packing  Online Quote  Moving Guide  Savings Center  Ab



Looking for a Moving Company you can trust? Global Moving Systems, Inc. is a reliable, prof and efficient moving company. Our movers are experienced and trained to provide you with th moving and packing services you need.

We specialize in the following services:

 **Local Moving**

 **Interstate (long distance) moving**

 **International (overseas) moving**

 **Packing & Crating**

 **Storage**

When moving with Global Moving Systems, Inc. you enjoy a personal attitude, customized se your special moving needs and a reliable mover.

GLOBAL MOVING SYSTEMS INC: USDOT Number: 1385580, MC Number: 527825

Corporate Moves  x  Offices  x  Interstate Moves  x  Houses  x  Military Staff  x  Apartments

Global Moving Systems, Inc





**Global Moving Systems, Inc.**

**New York**
**New Jersey**
**Connecticut**

**Dispatch & Warehouse:**
183 Lorraine Street
Brooklyn, NY 11231

**Maryland**
**Virginia**
**District of Columbia**

**Dispatch & Warehouse:**
8795 D'Arcy Road
Forestville, MD 20747

**Mailing Address**
1200 G Street
Washington, DC 20005

We would like to hear from you. Please contact us with your questions, inquiries or comments

Name:

Email:

Tel:

Your
Comments:

Submit

Corporate Moves ¤ Offices ¤ Interstate Moves ¤ Houses ¤ Military Staff ¤ Apartments

Global Moving Systems, inc



## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| | |
|---|---|
| **I (a) PLAINTIFFS**<br><br>GLOBAL VAN LINES, INC. <br><br>**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88880<br>(EXCEPT IN U.S. PLAINTIFF CASES)<br><br>DuPage County, IL | **DEFENDANTS**<br><br>GLOBAL MOVING SYSTEMS, INC.<br><br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Dombroff Gilmore Jaques & French<br>1676 International Dr. - Penthouse<br>McLean, VA 22102    (703) 336-8800 | Case: 1:07-cv-01965<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 11/1/2007<br>Description: TRO/PI |

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

□ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZEN**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place<br>of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place<br>of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a<br>Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| □ A. *Antitrust* | □ B. *Personal Injury/ Malpractice* | □ C. *Administrative Agency Review* | ☒ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>**Social Security:**<br>□ 861 HIA ((1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>**Other Statutes**<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>□ 890 Other Statutory Actions (If<br>Administrative Agency is Involved) | Any nature of suit from any category may<br>be selected for this category of case<br>assignment.<br><br>*(If Antitrust, then A governs)* |

**□ E. *General Civil (Other)* OR □ F. *Pro Se General Civil***

| **Real Property**<br>□ 210 Land Condemnation<br>□ 220 Foreclosure<br>□ 230 Rent, Lease & Ejectment<br>□ 240 Torts to Land<br>□ 245 Tort Product Liability<br>□ 290 All Other Real Property<br><br>**Personal Property**<br>□ 370 Other Fraud<br>□ 371 Truth in Lending<br>□ 380 Other Personal Property Damage<br>□ 385 Property Damage Product Liability | **Bankruptcy**<br>□ 422 Appeal 28 USC 158<br>□ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>□ 535 Death Penalty<br>□ 540 Mandamus & Other<br>□ 550 Civil Rights<br>□ 555 Prison Condition<br><br>**Property Rights**<br>□ 820 Copyrights<br>□ 830 Patent<br>□ 840 Trademark<br><br>**Federal Tax Suits**<br>□ 870 Taxes (US plaintiff or<br>defendant<br>□ 871 IRS-Third Party 26<br>USC 7609 | **Forfeiture/Penalty**<br>□ 610 Agriculture<br>□ 620 Other Food &Drug<br>□ 625 Drug Related Seizure of<br>Property 21 USC 881<br>□ 630 Liquor Laws<br>□ 640 RR & Truck<br>□ 650 Airline Regs<br>□ 660 Occupational<br>Safety/Health<br>□ 690 Other<br><br>**Other Statutes**<br>□ 400 State Reapportionment<br>□ 430 Banks & Banking<br>□ 450 Commerce/ICC<br>Rates/etc.<br>□ 460 Deportation | □ 470 Racketeer Influenced & Corrupt<br>Organizations<br>□ 480 Consumer Credit<br>□ 490 Cable/Satellite TV<br>□ 810 Selective Service<br>□ 850 Securities/Commodities/<br>Exchange<br>□ 875 Customer Challenge 12 USC<br>3410<br>□ 900 Appeal of fee determination<br>under equal access to Justice<br>□ 950 Constitutionality of State<br>Statutes<br>☒ 890 Other Statutory Actions (if not<br>administrative agency review or<br>Privacy Act |

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ K. *Labor/ERISA (non-employment)*<br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ L. *Other Civil Rights (non-employment)*<br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ M. *Contract*<br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ N. *Three-Judge Court*<br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

15 USC 1051, et seq. - trademark dilution, infringement, etc.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS  □  ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint

**JURY DEMAND:** □ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)  □ YES  ☒ NO   If yes, please complete related case form.

DATE *October 31, 2007*   SIGNATURE OF ATTORNEY OF RECORD

*11-1-07*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.