CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.        )
                              )
            Plaintiff         )
                              )
    v.                        )    Civil Action No. _____
GLOBAL MOVING SYSTEMS, INC.   )
                              )
            Defendant         )
                              )
                              )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff Global Van Lines, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Global Van Lines, Inc.__, which have any outstanding securities in the hands of the public. __Global Van Lines, Inc. is wholly owned by North American Van Lines, Inc. In turn, North American Van Lines, Inc. is wholly owned by SIRVA, Inc.__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__371235__
Bar Identification Number

__Thomas B. Almy__
Print Name
DOMBROFF GILMORE JAQUES & FRENCH
__1676 International Drive - Penthouse__
Address

__McLean__        __VA__        __22102__
City              State         Zip

__(703) 336-8800__
Telephone Number