IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,          )
                                 )
          Plaintiff,             )
                                 )
     v.                          )          Case No.:
                                 )
GLOBAL MOVING SYSTEMS, INC.,     )
                                 )
          Defendant.             )

## MOTION FOR A PRELIMINARY INJUNCTION

COMES NOW Plaintiff GLOBAL VAN LINES, INC., ("Global"), by counsel, and for its Motion for a Preliminary Injunction against Defendant GLOBAL MOVING SYSTEMS, INC. ("Global Moving Systems"), states as follows:

## RELIEF SOUGHT

Global moves this Court for a Preliminary Injunction.  The injunctive relief sought will restrain Defendant Global Moving Systems, Inc. from doing the following, or require it to do the following:

1.     Immediately cease and desist from any and all unauthorized use of the name "Global Moving Systems" in the marketing, advertisement, or identification of the Defendant's moving and storage services.

2.     Relinquish to Global any and all ownership rights to any and all telephone numbers currently registered to "Global Moving Systems" and to transfer such numbers to Global.

3.     Relinquish    to    Global    the    internet    website    whose    address    is www.globalmoving.com and/or require them to direct all "hits" to this website to another website that is under the full control, authority and ownership of Global, or in the alternative, require it to

discontinue the operation of this website, which is currently using the name "Global Moving Systems" in connection with the sales, marketing and provision of moving and storage services.

4.    Prevent them from making any statement or representation whatsoever or using any false designation of origin or description or performing any act which can or is likely to confuse or leave the trade or public or individual members thereof to believe that the Defendants' services are in any manner associated or connected with or authorized by Global.

5.    Prevent them from representing by advertisements via internet, newspaper advertising, yellow page advertising or television or radio advertising that they are in any way associated with or licensed by Global or in any way affiliated with the business or services of Global and its authorized Agents.

## INTRODUCTION

This Motion is based upon this document, the attached Memorandum of Law, the Complaint, and all other papers and records on file in this action, and on whatever argument and evidence may be presented at the hearing of this Motion.

Attached to this Motion are Proposed Findings of Fact and Conclusions of Law and a Proposed Order granting the Plaintiff's Motion for a Preliminary Injunction.

## GROUNDS FOR RELIEF

It is essential that the Court issue the requested Preliminary Injunction to prevent immediate and irreparable injury to Global before the parties can be heard on Global's Complaint for temporary and permanent injunctive relief and for damages. The grounds for this relief are fully stated in the Memorandum of Law in Support of this Motion.

## WAIVER OF REQUIREMENT FOR BOND

The Court should waive the requirement of the posting of a bond from Global as the trademarks infringed upon by the Defendant are famous marks as defined by 15 U.S.C. § 1125(c).

The evidence presented by Global of the infringement of its name and Marks by the Defendant, and its other damages resulting from the actions of the Defendant, is indicative of Global's substantial likelihood of success on the merits of the issues herein.

## NOTICE OF REQUEST FOR PRELIMINARY INJUNCTION

This Motion for a Preliminary Injunction is being served with the Complaint in this matter via private process server.

WHEREFORE, Plaintiff GLOBAL VAN LINES, INC. prays that this Court enter a Preliminary Injunction against Defendant Global Moving Systems, Inc., granting the relief set forth above, waiving the requirement of the issuance of a Bond and for such other relief as the Court deems just and proper.

Dated: November 2, 2007.

Respectfully submitted,

DOMBROFF GILMORE JAQUES & FRENCH, PC

By: ___/s/_____
        Thomas B. Almy (#371235)
        1676 International Drive, Penthouse
        McLean, VA 22102
        Tel. (703) 336-8723
        Fax (703) 336-8750

        Attorneys for Plaintiff Global Van Lines, Inc.

3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,      )
                         )
      Plaintiff,         )
                         )
      v.            )    Case No.:
                         )
GLOBAL MOVING SYSTEMS, INC.,  )
                         )
      Defendant.      )

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GLOBAL VAN LINES' MOTION FOR A PRELIMINARY INJUNCTION

COMES NOW Plaintiff GLOBAL VAN LINES, INC. ("Global Van Lines"), by counsel, and pursuant to Fed. R. Civ. P. 65, submits this Memorandum of Law in Support of its Motion for the entry of a Preliminary Injunction against Defendant GLOBAL MOVING SYSTEMS, INC.

### FACTUAL BACKGROUIND

1.      Beginning at some point prior to the filing of this Motion, the Defendant Global Moving Systems began operating a interstate moving and storage business known as "Global Moving Systems, Inc." and continues to do so at present. <u>See</u> Exhibit A (printouts of the webpage www.globalmoving.com).

2.      As of October 29, 2007, a corporation with the name "Global Moving Systems, Inc." was indicated as an active domestic business corporation organized under the laws of the District of Columbia. <u>See</u> Exhibit B, printout from DCRA information page, located at www.mblr.dc.gov/corp/lookup/status.asp?id=42356.

3.      In May 2007, a customer of Global Moving Systems, Kathleen Tischner, reported to Global Van Lines that she had retained Global Moving Systems for a June 2007 move and had

done so under the confusion and misapprehension that she was retaining Global Van Lines for the move. <u>See</u> Exhibit C, Declaration of Kathleen Tischner, ¶10, 11, 15 (hereinafter, "Tischner Declaration").

4.    Throughout her entire business contact with Global Moving Systems up until the time in May 2007 when she paid Global Moving Systems a non-refundable deposit and "booked" her move with Global Moving Systems, Tischner believed that she was dealing with Global Van Lines. <u>See</u> Tischner Declaration, ¶10, 11.

5.    Tischner had used Global Van Lines for interstate moves in the past and fully intended on using Global Van Lines for her June 2007 move and would have done so if not for the confusion caused by Global Moving Systems and its website <u>www.globalmoving.com</u>. <u>See</u> Tischner Declaration, ¶14.

6.    The only reason that Tischner did not discontinue her business contact with Global Moving Systems and retain Global Van Lines to perform her June 2007 move is because she had already paid Global Moving Systems a non-refundable deposit. <u>See</u> Tischner Declaration, ¶12, 13.

7.    A printout of the homepage for <u>www.globalmoving.com</u>, dated October 29, 2007, shows that this website advertises and markets moving and storage services for a business named Global Moving Systems.  A printout of the homepage is attached hereto as the first page of Exhibit A (the remaining pages of Exhibit A are printouts of the "long distance" page, "moving guide" page, the "online quote" page, the "about us" page, and the "contact us" page of <u>www.globalmoving.com</u>, all dated October 29, 2007).

8.    A printout of the "WHOIS" database provided by <u>www.networksolutions.com</u> shows that the registrar for the website <u>www.globalmoving.com</u> is Global Moving Systems, Inc.

of 1200 G Street, Washington, D.C. 10021.  See Exhibit D.

9.      The home page for www.globalmoving.com also shows the telephone number of Global Moving Systems to be (877) 529-0333.  See Exhibit A.

10.     Global Van Lines has never had any relationship whatsoever with Global Moving Systems, Inc. or any business or entity with that name.  See Exhibit E, Declaration of Thomas Lambert, ¶7 (hereinafter, "Lambert Declaration").

11.     Global Van Lines has never authorized Global Moving Systems or any business or entity with that name to use the names Global, Global Moving, and/or Global Moving Systems in the marketing, sales or provision of household goods or commercial moving and storage services.  Lambert Declaration, ¶8.

12.     Global Van Lines has never authorized Global Moving Systems or any business or entity with that name to use the names Global, Global Moving, and/or Global Moving Systems in the website www.globalmoving.com.  Lambert Declaration, ¶9.

13.     Since 1956, Global Van Lines has been engaged in the business of providing and marketing a variety of transportation and moving services in interstate commerce under the name Global Van Lines and other Marks containing the words Global Van Lines, including U.S. Service Mark Registration Nos. 897,127, 903,656, 1,119,228 and 1,167,207 (hereinafter the "Global Van Lines Marks"), and renewed said registrations as required to maintain ownership. See Exhibit F, Declaration of Janine Rudolph (hereinafter, "Rudolph Declaration").  Copies of the registrations for these Marks are attached as Exhibit G.

14.     The Global Van Lines' Marks and the name Global Van Lines have been in continuous use for more than fifty years in a variety of ways.  They have been prominently displayed on all of Global Van Lines' trucks and vans, in Global Van Lines' print, television and

internet advertising of its services. Rudolph Declaration, ¶9-10. As a result of this extensive and continuous use, and as a result of the extensive publicity and public acclaim Global Van Lines and its services have garnered, Global Van Lines' Marks and the name Global Van Lines are famous worldwide. Consequently, the trade names "Global Van Lines" and "Global Van Lines" are valuable assets of the company.

15.    The trade name "Global Van Lines" is distinctive. The name has acquired a secondary special meaning and significance indicating or identifying the company, its vehicles and the services it provides.

16.    Global Van Lines also has licensed certain companies to act as its agents and has permitted them to use Global Van Lines' name and Marks on their advertising, vehicles and other products. Over the years and currently, hundreds of licensees have used Global Van Lines' name and Marks in this manner. Rudolph Declaration, ¶9-10. Global Van Lines has been careful to limit such activities so that they occur only pursuant to licensing arrangements under which Global Van Lines maintains complete control over the manner in which its name and Marks are used. The public has come to identify Global Van Lines' name and Marks as exclusively representing Global Van Lines and to associate all uses of the Global Van Lines name and Marks solely with Global Van Lines and its licensees, who use the name and Marks to advertise their affiliation with Global Van Lines.

17.    As a result of the publicity, promotion, advertising, and marketing efforts of Global Van Lines and its authorized and licensed agents, the general public has become familiar with Global Van Lines' name, official logos, and Marks.

## ARGUMENT

## I.    A PRELIMINARY INJUNCTION SHOULD ISSUE AGAINST THE DEFENDANT.

### A.    Legal Standard

To obtain a preliminary injunction, a plaintiff must show: (1) it has at least a reasonable likelihood of success on the merits; (2) it has no adequate remedy at law and will be irreparably harmed if the injunction does not issue; (3) the threatened injury to the plaintiff outweighs the threatened harm the injunction may inflict on the defendant; and (4) the public interest would be served by granting the preliminary injunction. The Appleseed Foundation, Inc. v. Appleseed Institute, Inc., 971 F. Supp. 672, 674 (D. D. C. 1997) (citing Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977)); Sears, Roebuck and Co. v. Sears Financial Network, Inc., 587 F. Supp. 857, 684 (D. D. C. 1983) (same).

### B.    Global Van Lines Meets the Requirements for a Preliminary Injunction

#### 1.    Likelihood of Success on the Merits.

Global Van Lines' claims against Global Moving Systems are based on trademark infringement and unfair competition. In trademark infringement cases, a plaintiff must show that: (1) its mark is protected under the Lanham Act; (2) that its mark is distinctive or has acquired secondary meaning; and (3) that the challenged mark is likely to cause confusion among customers. Appleseed Foundation, 971 F. Supp. at 675 (citing Sears, Roebuck, 587 F. Supp. at 861, and American Ass'n. for the Advancement of Science v. The Hearst Corp., 498 F. Supp. 244, 254 (D. D. C. 1980)); Sears, Roebuck, 587 F. Supp. at 861. In the similar claim of unfair competition based on misappropriation or unauthorized use of a trademark, a plaintiff must show "1) a likelihood of confusion; and 2) secondary meaning, i.e., an association in the minds of the buying public between the name of the product and the product itself or the source."

5

Sears, Roebuck, 587 F. Supp. at 861 (AAAS, 498 F. Supp. at 261-62).

### a.    Global Van Lines' Marks Are Protected Under The Lanham Act.

Registration of a trademark is *prima facie* evidence of the mark's validity, as well as the registrant's exclusive right to use the registered mark. Malarkey-Taylor Assoc., Inc. v. Cellular Telecommunication Indus. Ass'n., 929 F. Supp. 473, 476 (D. D. C. 1996) (citing AAAS, 498 F. Supp. at 254). Accordingly, Global Van Lines meets the first prong as its Marks are registered.

### b.    Global Van Lines' Marks Are Distinctive *And* Have Acquired A Secondary Meaning.

Registration of a trademark is also *prima facie* evidence of a mark's distinctiveness. Malarkey-Taylor, 929 F. Supp. at 476 (again citing AAAS, 498 F. Supp. at 254). Therefore, Global Van Lines also meets the second prong of the Sears, Roebuck test.

### c.    The Defendant's Use of the Global Van Lines Name Creates A Strong Likelihood of Confusion Among Global Van Lines' Customers.

The likelihood of confusion in a trademark dispute is "the basic issue in a trademark case, *i.e.*, whether the relevant purchasing public is likely to be confused by the use of the [offending] mark." Malarkey-Taylor, 929 F. Supp. at 476. Several factors are considered by Courts in this District to analyze likelihood of confusion. These include: (1) the similarity of the marks in appearance and suggestion; (2) the similarity of the products; (3) the proximity of the products; (4) the degree of care likely to be used by consumers; (5) the strength of the plaintiff's mark; (6) whether any actual confusion exists; (7) the defendant's intent to palm off its goods as those of the plaintiffs. Appleseed Foundation, 971 F. Supp. at 675; Malarkey-Taylor, 929 F. Supp. at 477; Sears, Roebuck, 587 F. Supp. at 861; AAAS, 498 F. Supp. at 259. "Of course, evidence of actual confusion is substantial proof of this element." Appleseed Foundation, 971 F. Supp. at 675;

Malarkey-Taylor, 929 F. Supp. at 477.

Here, the two marks, Global Van Lines and Global Moving Systems, are strikingly similar. Both marks feature the dominant term "Global," which is also the lead term in the name of each company. As the court stated in Appleseed, "a single shared word can create sufficient similarity if it dominates the mark." Appleseed Foundation, 981 F.2d at 676 (holding that a non-profit organization named Appleseed Institute, Inc. was similar to a non-profit named Appleseed Foundation, Inc.), citing Sears, Roebuck, 576 F. Supp. at 862 (holding that "Sears, Roebuck and Co." and "Sears Financial Network" were similar, despite sharing only one word) and American Ass'n for the Advancement of Science v. Hearst Corp., 498 F. Supp. 244, 259 ("Science" magazine and "Science Digest" were found to be similar).

Also, the type of products/services offered by Global Van Lines and Global Moving Services are clearly similar. Both companies offer moving and storage services for household and commercial goods. Further, "where the goods and services are competitive [as here], the degree of similarity required to prove a likelihood of confusion is less than in the case of dissimilar products." Malarkey-Taylor, 929 F. Supp. at 477; Sears, Roebuck, 587 F. Supp. at 863 ("Where the products or services in question are competitive, the likelihood of consumer confusion increases.").

The products/services offered by the two companies also satisfy the proximity prong of the consumer confusion test. Global Moving Systems will most certainly be taking moving and storage business away from lawfully entitled Global Van Lines agents in the same geographic area.[1] Likewise, the "degree of care" prong is satisfied since the general public uses the companies' moving and storage services and should not be expected to look beyond the name and type of

---

[1] Global Van Lines maintains authorized agents in the Washington, D.C., Maryland, Virginia,

services offered to analyze whether the companies are affiliated. Further, given the strength of Global's marks, as described below, the public would reasonably assume the defendant is Global or a company affiliated with Global.

There can be little doubt of the strength of Global Van Lines' name and Marks. Global Van Lines, through its nationwide use and extensive advertisement of its name and commencing in 1956, has built up valuable goodwill in its name and Marks as they apply to the marketing and provision of its transportation services. Families and businesses throughout the United States have come to associate the Global Van Lines name and Marks with quality transportation of household goods and other commodities. Based on Global Van Lines' long-standing reputation, the Global Van Lines name and its Marks are a virtual guarantee of quality and trustworthiness of Global Van Lines' motor vehicles, personnel, equipment, and moving services.

Global Van Lines has expended over $190,000 in 2006 and is budgeted to spend a like amount in 2007 advertising and promoting the Global Van Lines name and Marks. Rudolph Declaration, ¶7. As a result, the public and members of the trade have come to know, recognize and identify said transportation services and similar services bearing the Global Van Lines name and Marks as services provided by Global Van Lines and its authorized agents. Specifically, Global Van Lines and its agents prominently use Global Van Lines' name and Marks in the advertising and promotion of moving and storage services through television commercials, internet advertisement and promotion, print advertisements, shipping materials, brochures and sales contracts, shipping documents, signage appearing at the business premises of authorized Global Van Lines agents, yellow page listings, and signage appearing on trucks and other equipment used by authorized Global Van Lines agents. Rudolph Declaration, ¶9-10.

New York, New Jersey, New Hampshire, and Massachusetts markets. Lambert Declaration, ¶10.

As a result of the strength of Global Van Lines' name and Marks, it is inconceivable that when seeing the website www.globalmoving.com, or when greeted by telephone answering "Global Moving Systems," consumers would not be confused as to the origin of Global Moving Systems' services (as Tischner has testified she was). In fact, given the previous five factors discussed above, it is not surprising that there is direct evidence of actual confusion between Global Van Lines and Global Moving Systems. For example, Kathleen Tischner, whose Declaration is attached as Exhibit C, has testified that based on her use of the www.globalmoving.com website, she understood herself to be dealing with Global Van Lines until *after* she was "locked in" to using Global Moving Systems by paying a non-refundable deposit for her June 2007 move. See Tischner Declaration, ¶10-13, 15.

Emphatically, Tischner is a customer that Global Van Lines lost and would have had but for the confusion created by Global Moving Systems and its website. See Tischner Declaration, ¶14. Indeed, Tischner would have been a Global Van Lines customer of over thirty (30) years' standing. See Tischner Declaration, ¶14. Tischner's association of the name Global Van Lines with quality moving and storage services also demonstrates the strength of Global Van Lines' name and Marks.

Global Moving Systems, who is using this very similar name without Global Van Lines' permission, has made none of the advertising and promotion expenditures of time and money Global Van Lines has made, and is now trading on the Global Van Lines name and palming off its functionally identical household goods and commercial moving and storage services as if they came from Global Van Lines. The powerful reputation of Global Van Lines' name and Marks is highly suggestive of Global Moving Systems' illicit intentions - members of the shipping public can very easily fall prey to Global Moving Systems' opportunism (and have, witness Tischner).

Given the clear weight of all of these factors and under the totality of the circumstances, Global Van Lines has unequivocally demonstrated that a likelihood of confusion exists among customers.

## 2.    Danger of Irreparable Harm

"Trademark infringement and unfair competition are, by their very nature, activities that cause irreparable harm." Sears, Roebuck, 587 F. Supp. at 864 (citing AAAS, 498 F. Supp. at 262). Stated another way, "trademark infringement raises a presumption of irreparable harm." Malarkey-Taylor, 929 F. Supp. at 478. The touchstone of the presumption appears to be the lack of control the plaintiff has over the actual products and services sold and/or marketed by infringers and the quality thereof. Id.; Sears, Roebuck, 587 F. Supp. at 864 (adding dilution of the distinctiveness of the plaintiff's mark and the diminution of the good will engendered by the mark). Additionally, "evidence of actual confusion bolsters this presumption." Appleseed Foundation, 971 F. Supp. at 678.

In the present case, a preliminary injunction is warranted because Global Van Lines has presented evidence of actual confusion in the Tischner Declaration. Additionally, as explained above, Global Moving Systems is openly and brazenly infringing Global Van Lines' name and trademarks by using the name "Global Moving Systems" and luring away Global Van Lines' potential customers on an ongoing basis so long as the www.globalmoving.com website continues in operation.

Global Van Lines has no adequate remedy at law to prevent these injuries. See, e.g., AAAS, 498 F. Supp. at 262. If the use of the name "Global Moving Systems" and of the website www.globalmoving.com is not enjoined, (a) as with Tischner, other members of the public will be confused, misled and deceived as to the source and origin of Global Moving Systems'

services and will mistakenly purchase services of dubious or at least unverifiable quality that are in any event not authorized by Global Van Lines; (b) the distinctive value and reputation of Global Van Lines' name, logos and slogans will be diluted, thus impairing the value of its agency and licensing program; (c) Global Moving Systems will unjustly benefit from the goodwill and secondary meaning enjoyed by Global Van Lines' name and logo, as well as the commercial value enjoyed by Global Van Lines as a result of the strength of its brand; and (d) Global Van Lines will suffer from the permanent loss of substantial revenues from the sale of services under the name "Global Moving Systems" and through the use of the www.globalmoving.com website.

### 3.    Balance of Potential Harm

As stated above, it is presumed that Global Van Lines will suffer immediate, permanent and substantial harm if the Defendants are allowed to continue answering telephones and operating a website that are identified as being connected to Global Van Lines. Against this harm, which has been occurring and is certain to occur in the future, the preliminary injunction requested by Global is modest. Global Van Lines is requesting that the Defendants simply discontinue www.globalmoving.com or transfer control of it to Global Van Lines and discontinue or transfer to Global Van Lines control of the telephone number (877) 529-0333, which is listed on the above website.

### 4.    Public Interest

The public interest clearly favors immediate injunctive relief in this case. "It is within the public interest for the Court to take action to prevent public deception and confusion over the source or origin of businesses with which the public deals." Sears, Roebuck, 587 F. Supp. at 865. Clearly, the same situation obtains in this case. Additionally, a primary component of the

preliminary injunction Global Van Lines is seeking is protection of members of the public, such as Kathleen Tischner, from becoming confused by Global Moving Systems' entirely misleading name and marketing. Significantly, Global Van Lines is not asking the Court to prevent Global Moving Systems from doing business as a household goods mover; the injunction merely seeks an order requiring Global Moving Systems to do so under a different name and with a differently named website. These changes have no effect on the *availability* of services to the *public*. The public interest does not lose. Along the same lines, the Court in <u>Malarkey-Taylor</u> granted an injunction on a similar argument:

> Defendant argues that it is in the public interest that the services made available at its WOW-COM Internet site, including Go Wireless Now!, continue to be available to the public. On the other hand, plaintiff argues that it is in the public interest for the Court to prevent public confusion over the source or origin of products provided to the public. The Court agrees with plaintiff; particularly because the issuance of a preliminary injunction would not force CTIA to stop providing the services currently available under the Go Wireless Now! mark. It would merely require CTIA to differently identify the service provided.

<u>Malarkey-Taylor</u>, 929 F. Supp. at 478-79 (citing <u>Sears, Roebuck</u>, 587 F. Supp. at 865). Here, Global Van Lines' intellectual property is clearly being misused in such a manner that creates confusion among the public and illicitly diverts business away from Global Van Lines and into the arms of the Defendant.

As mentioned, the trademarks and the name of Global Van Lines have been in continuous use for more than fifty years in a variety of ways. They have been prominently displayed on all of Global Van Lines' trucks and vans, and in copious print, telephone directory, television and internet advertising of its services. Rudolph Declaration, ¶9-10. As a result of this very extensive and continuous use, and as a result of the extensive publicity and public acclaim Global Van Lines and its services have garnered, the Marks and the names are famous worldwide.

Global Moving Systems is not and has never been authorized to use the names Global Van Lines or "Global Moving Systems" in connection with marketing and provision of moving and storage services. Lambert Declaration, ¶8. Furthermore, the Defendants have not expended any efforts in the building of Global Van Lines' name and reputation, but instead are confusing the public by using the name "Global Moving Systems" and operating the website www.globalmoving.com. If this unauthorized use of Global Van Lines' intellectual property is not enjoined by this Court, the public will be confused, misled and deceived as to the source and origin of the Defendants' services and will mistakenly purchase services of unknown or inferior quality that are not authorized by Global Van Lines. In short, the interest of the shipping public would be very well served if this Court were to issue an order directing the Defendant to immediately shut down www.globalmoving.com or transfer its ownership, along with that of the listed telephone numbers, to Global Van Lines for this purpose.

### C.    The Court Should Waive or Require Only a Minimal Bond

Rule 65(c) of the Federal Rules of Civil Procedure requires an applicant for a preliminary injunction to give security in such sum as the court deems proper for the payment of costs and damages as may be incurred or suffered by any party who was found to have been wrongfully restrained or enjoined. Fed. R. Civ. P. 65 (2001). A judge, with good reason, however, may find that a bond is not required. Federal Prescription Service, Inc. v. American Pharmaceutical Ass'n, 636 F.2d 755, 759 (D.C. Cir. 1980).

The appalling and obvious way the Defendant is flouting the law and trading off of Global Van Lines' intellectual property should dispense with the requirement of a bond in this case. More generally, Global Van Lines' clear likelihood of success on the merits and the reasonableness of the scope of the injunction sought, strongly militate in favor of requiring no

bond.  Alternatively, if the Court believes a bond cannot be dispensed with, only a nominal bond should be required.

Dated: November 2, 2007.

Respectfully submitted,

DOMBROFF  GILMORE  JAQUES  &  FRENCH, PC

By: __/s/_____
Thomas B. Almy (#371235)
1676 International Drive, Penthouse
McLean, VA 22102
Tel. (703) 336-8723
Fax (703) 336-8750

Attorneys for Plaintiff Global Van Lines, Inc.

# Exhibit A



Home | Testimonials | Local Moves | Long Distance | International | Storage | Packing | Online Quote | Moving Guide | Savings Center | Ab

**GLOBAL**
MOVING SYSTEMS, INC.
LOCAL, LONG DISTANCE & INTERNATIONAL MOVING

Online Quote | Free Home Estimate    **1-877-529-0333**



# Moving with the best
## Is the best way of moving

**Global Moving Systems, Inc** is a leading full service moving & storage company. We specialize in Local, Interstate & International moving as well as professional packing and storage facility.

Find Moving company, Movers, Moving Ser Quotes in your local area:

 **New York, New Jersey, Conn**

 **Massachusetts, New Hampsh**

 **Washington DC, Maryland, V**

 **Take the stress out of your** experienced estimators survey provide you with a Flat Rate Quo

 **Packing Materials.** Order materials online. Free Deliver move.

 **Need to move quickly?** Our and movers are available and 24/7. Click for a Quote or call 1-8

 **Testimonials!!!** from customer used our company, saved money an excellent service.

Free Online Estimate    Online Quote    Testimonials

### About us

Specializing in local, long distance and international moving, Global Moving Systems, Inc. is the premiere company prepared to handle all of your moving and relocation needs.

Our reputation and experience in the moving industry makes Global Moving Systems, Inc. a leading moving company. We offer unique services to fulfill all your relocation requirements:

 Personal Moving Coordinator

 Cost effective moving solutions

 Warehousing & Storage

 High percentage of repeating

 Professional Movers

 Excellent Customer Service

 Professional Packing Services

 Solutions Customize service for local, long


ONLINE MOVING INSU

customers

distance and international moves -
Individual & Corporate

We value our customers. We understand the difficulties in every move and
make every effort to provide you with a pleasant and stress-free relocation. Our
high standards of honesty and professionalism has been appreciated by our
customers who use our services again and again.

USDOT: 1385580 □ Corporate Moves □ Offices □ Interstate Moves □ Houses □ Military Staff □ Apartments □



A Long Distance Relocation is an across states move in a radius over 100-miles from your
location. The industry standard is to charge by the size of your shipment based on the distanc
destination. Global Moving Systems, Inc. also offer a Free Onsite Estimate at your location in
provide you with a Flat Rate for your upcoming move.

We want to help you plan your move properly to make you relocation as exciting, rewarding a
free as possible. Our highly appreciated reputation in the moving industry has made Global M
Systems, Inc. to be a leading Relocation Company for long distance moves.

At Global Moving Systems, Inc. you will have a Personal Relocation Coordinator who will ass
requirements before the move process begins, and recommend the service strategies and alt
available and customize our services to fit your individual needs.

We will customize your move to fulfill all your individual requirements including professional m
packing services, storage and customize delivery date. Learn more about Long Distance Mov
Moving Guide.

 Moving Guide           Online Quote

 Free Onsite Estimate           Testimonials



Corporate Moves   ¤   Offices   ¤   Interstate Moves   ¤   Houses   ¤   Military Staff   ¤   Apartments

Global Moving Systems, Inc



Home  Testimonials  Local Moves  Long Distance  International  Storage  Packing  Online Quote  Moving Guide  Savings Center  Ab



## Moving Guide

A successful move starts with proper planning and preparations. Our relocation guide pro
with comprehensive information regarding your upcoming move.

Please review the guide carefully and contact your Personal Relocation Coordinator at Glob
Systems, Inc. in order to better understand the moving process, budget your moving costs
more about how we can customize our relocation service to fulfill all your individual requireme

Our relocation guide contain the following sections:

      Local Moves                                    Moving Tips

      Long Distance Moves                      
                                                                    Packing & Storage

Corporate Moves  ⌐  Offices  ⌐  Interstate Moves  ⌐  Houses  ⌐  Military Staff  ⌐  Apartments

Global Moving Systems, Inc

http://www.globalmoving.com/Moving_guide.html                            10/29/2007





## Online Quote

**Personal Information**

Contact Name:

Email:

Home Phone:

Mobile Phone:

Company Name:

Work Phone:

Estimated Move Date: Month      Date      2007

**Moving From**                                    **Moving To:**

Move Size: Please Select

Address:                                           Address:

Address(2):                                        Address(2):

City:                                              City:

State: Please Select                              State: Please Select

Zip:                                               Zip:

**Additional Items to be shipped, or Additional Comments:**

Submit

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc

http://www.globalmoving.com/Online_Quote.html                          10/29/2007



Home  Testimonials  Local Moves  Long Distance  International  Storage  Packing  Online Quote  Moving Guide  Savings Center  Ab



Looking for a Moving Company you can trust? Global Moving Systems, Inc. is a reliable, profe
and efficient moving company. Our movers are experienced and trained to provide you with th
moving and packing services you need.

We specialize in the following services:

 **Local Moving**

 **Interstate (long distance) moving**

 **International (overseas) moving**

 **Packing & Crating**

 **Storage**

When moving with Global Moving Systems, Inc. you enjoy a personal attitude, customized se
your special moving needs and a reliable mover.

GLOBAL MOVING SYSTEMS INC: USDOT Number: 1385580, MC Number: 527825

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc



Home  Testimonials  Local Moves  Long Distance  International  Storage  Packing  Online Quote  Moving Guide  Savings Center  Ab



**Global Moving Systems, Inc.**

**New York**
**New Jersey**
**Connecticut**

**Dispatch & Warehouse:**
183 Lorraine Street
Brooklyn, NY 11231

**Maryland**
**Virginia**
**District of Columbia**

**Dispatch & Warehouse:**
8795 D'Arcy Road
Forestville, MD 20747

**Mailing Address**
1200 G Street
Washington, DC 20005

We would like to hear from you. Please contact us with your questions, inquiries or comments

Name:

Email:

Tel:

Your
Comments:

Submit

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc

# Exhibit B

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

 

## Organization Information

**DCRA HOME**

**SERVICES**

**INFORMATION**

**ONLINE SERVICE REQUESTS**

### Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** | 1 | 2 | 3 |
To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | GLOBAL MOVING SYSTEMS, INC. | PINHAS ROZEN<br>1200 G ST., NW; WASH, DC<br>Washington, DC 20005 |
| **State:** | DC | |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 6/6/2005 | |
| **File No.:** | 251796 | |
| **Organization Type:** | DOMESTIC BUSINESS CORPORATION | |

[ << Back to Main Page ]    [ < Return To Search Results ]    [ Print Results ]
[ New Search ]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by
Topic | Agencies | DC
Council | Search |
Elected Officials

Feedback | Translation
| Accessibility | Privacy
& Security | Terms &
Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# Exhibit C

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,           )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     Case No.:
                                  )
GLOBAL MOVING SYSTEMS, INC.,      )
                                  )
            Defendant.            )

## DECLARATION OF KATHLEEN TISCHNER

NOW COMES **Kathleen Tischner** and deposes and states:

1.      I currently reside at 2602 Goodwood Road, Baltimore, Maryland 21214.

2.      I am at least eighteen years of age and am giving the foregoing statement under no disability, duress or financial incentive and of my own free will.

3.      If called as a witness in this matter, I can competently testify to the following facts from my personal knowledge.

4.      In May of 2007, I contacted Global Moving Systems, Inc. through its website, www.globalmoving.com, for a household goods move from Baltimore, Maryland to Ridgeville, South Carolina.

5.      I became aware of the www.globalmoving.com website as the result of a search for "Long Distance Movers" first on www.google.com and then on www.monster.com.

6.      Also in May of 2007, Global Moving Systems, Inc. provided an estimate for my move through its website, www.globalmoving.com.

7.      Shortly after I received the moving estimate from Global Moving Systems, Inc., I provided Global Moving Systems, Inc. with a non-refundable deposit and "booked" my move for

a date in June 2007.

8.      Shortly following the payment of my deposit and booking of the move, I had several follow up questions for Global Moving Systems, Inc. and attempted to contact one of the company's representatives through the website www.globalmoving.com.

9.      Although my concerns were addressed and my questions were answered satisfactorily, it was at this time, in May 2007, that I became aware that Global Moving Systems, Inc. was not Global Van Lines.

10.     Up to this time in May 2007, and throughout the estimating and booking process, I was of the belief that I was being serviced by and that my move was being booked by Global Van Lines.

11.     Until after the time when my move was booked in May 2007, I was fully confused by Global Moving Systems, Inc. and all the parts of its website www.globalmoving.com that I saw into believing that I was dealing with Global Van Lines.

12.     Had I discovered at any point prior to the booking of my move and the payment of my deposit that Global Moving Systems, Inc. was not Global Van Lines, I would have immediately discontinued my contact with Global Moving Systems, Inc. and retained Global Van Lines for my June 2007 move.

13.     Because I had already paid a non-refundable deposit, I did not discontinue my contact with Global Moving Systems, Inc.

14.     I had used Global Van Lines for interstate moves in 1974 and 1986 and intended to use Global Van Lines for my June 2007 move; I would have used Global Van Lines for my June 2007 move if I had not been confused by Global Moving Systems, Inc. and its website www.globalmoving.com.

2

15.   At some point in May 2007, I contacted Global Van Lines to inform its representatives that I had been confused by Global Moving Systems, Inc. and its website www.globalmoving.com into believing that I was retaining Global Van Lines for my June 2007 move and to allow Global Van Lines the opportunity to take steps to prevent such confusion in the future with other potential customers.

Kathleen Tischner
Kathleen Tischner

Subscribed and Sworn on this
____ day of August, 2007 before:

Grace Ann Neal
Notary Public

3

# Exhibit D



# NetworkSolutions

Login                    Customer Service         Your cart is empty
                         Call us toll free

## WHOIS Search Results

### WHOIS Record For



**globalmoving.com**
Services from Network Solutions

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

## SAVE over 70%
when you TRANSFER
your domains to
Network Solutions — your
trusted domain name provider! 

Go

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr.

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.

This WHOIS database is provided for information purposes only. We do
not guarantee the accuracy of this data. The following uses of this
system are expressly prohibited: (1) use of this system for unlawful
purposes, (2) use of this system to collect information used in the
mass transmission of unsolicited commercial messages in any medium:
(3) use of high volume, automated, electronic processes against this
database. By submitting this query, you agree to abide by this
policy.

Registrant;
  Global Moving Systems Inc
  1200 G Street
  Washington, DC 20005
  US

Domain Name: GLOBALMOVING.COM

Administrative Contact, Technical Contact, Zone Contact:
  Global Moving Systems Inc.
  1200 G Street
  Washington, DC 20005
  US
  (877)939-0333
  (202)742-6317 [fax]
  service@globalmoving.info

Domain created on 20-Nov-2000
Domain expires on 20-Nov-2007
Last updated on 21-Aug-2006

Domain servers in listed order:

  NS1.DISCOUNTASP.NET
  NS2.DISCOUNTASP.NET
  NS3.DISCOUNTASP.NET



Search

When you register a domain name, current policies require that the contact information for
your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE. You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use. You agree that

Domain registration and hosting powered by DomainDiscover
As low as $9/year, including FREE responsive toll-free support
URL/frame/email forwarding, easy management system, and full featured DNS

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | DOMAINDISCOVER |
| IP Address: | 64.209.142.10 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-PASADENA |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Meta Description: | A moving company you can trust, providing Llocal moves, Interstate - long distance moves, International - Overseas moves, Packing & Crating Services, Storage & Warehousing. |
| Meta Keywords: | Moving companies, Moving company, movers, mover, moving services, storage, packing. |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | Not available |
| Data as of: | 31-Jul-2007 |

Go ▶

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NAME

| | | |
|---|---|---|
| globalmovin... | ☑ | .biz |
| globalmovin... | ☑ | .tv |
| globalmovin... | ☑ | .us |
| globalmovin... | ☑ | .cc |
| globalmovin... | ☑ | .ws |
| globalmovin... | ☑ | .bz |
| globalmovin... | ☑ | .vg |
| globalmovin... | ☑ | .gs |
| globalmovin... | ☑ | .tc |
| globalmovin... | ☑ | .ms |

Continue ▶

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name
◯ NIC Handle
◯ IP Address

Search ▶





**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $59 one time set-up fee

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

# Exhibit E

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,                    )
                                           )
      Plaintiff,                       )
                                           )
      v.                               )        Case No.:
                                           )
GLOBAL MOVING SYSTEMS, INC.,               )
                                           )
      Defendant.                       )

## DECLARATION OF THOMAS LAMBERT

NOW COMES **Thomas Lambert** and deposes and states:

1.     I currently reside at 18214 Lochner Road, Spencerville, Indiana 46788.

2.     I am at least eighteen years of age and am giving the foregoing statement under no disability, duress or financial incentive and of my own free will.

3.     If called as a witness in this matter, I can competently testify to the following facts from my personal knowledge.

4.     I am the Director, Agency Development of Global Van Lines, Inc. ("Global"). I have held this position since October 2000.

5.     Global is wholly owned by North American Van Lines, Inc., which in turn is wholly owned by SIRVA, Inc., and has its corporate headquarters in Westmont, Illinois.

6.     In my duties as Director, Agency Development, I oversee the administration of Global's contractual relationships with each agent in their respective "agent network."

7.     Global has never had any relationship whatsoever with an entity called Global Moving Systems, Inc. or any individual associated with or representing this entity.

8.     Global has never authorized Global Moving Systems, Inc. or any individual

associated with or representing this entity to use the name "Global Moving Systems" in the marketing, sales or provision of household goods or commercial moving and storage services.

9.    Global has never authorized Global Moving Systems, Inc. or any individual associated with or representing this entity to use the name "Global" in the website www.globalmoving.com.

10.    Global has authorized agents in the following markets:

| | |
|---|---|
| Virginia: | Tanner Van Lines; Relocation Services |
| New York: | Clinton Moving & Packaging |
| New Jersey: | American Movers, Inc.; Avenel Moving & Storage |
| Massachusetts: | Fleet Moving & Storage; Mark's Moving & Storage; W&W Moving & Storage |
| Connecticut: | Professional Moving & Storage; Fleet Moving & Storage |

Thomas Lambert

Subscribed and Sworn on this
___13th___ day of August, 2007 before:

Notary Public, TERRY ANN REYES

My Commission Expires: July 12, 2015
My County of Residence: DeKalb

2

# Exhibit F

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,      )
                                     )
          Plaintiff,         )
                                     )
         v.                )    Case No.:
                                     )
GLOBAL MOVING SYSTEMS, INC.,  )
                                     )
          Defendant.     )

## DECLARATION OF JANINE RUDOLPH

NOW COMES **Janine Rudolph** and deposes and states:

    1.     I currently reside at 16527 Claystone Ct., Fort Wayne, IN 46845.

    2.     I am at least eighteen years of age and am giving the foregoing statement under no disability, duress or financial incentive and of my own free will.

    3.     If called as a witness in this matter, I can competently testify to the following facts from my personal knowledge.

    4.     I am the Senior Legal Assistant for Global Van Lines ("Global"). I have held this position since September 1997.

    5.     Global is wholly owned by North American Van Lines, Inc., which in turn is wholly owned by SIRVA, Inc., and has its corporate headquarters in Westmont, Illinois.

    6.     In my duties as Senior Legal Assistant, I oversee the integrity of Global's trademarks and servicemarks, including the timely filing of applications and renewals with the proper authorities and the monitoring of various advertising and media outlets for potentially infringing activity.

    7.     Global expended over $190,000 in 2006 and is budgeted to spend a like amount in

2007 on advertising and promoting the Global Van Lines name, its trademarks and servicemarks, and its brand.

8.    Global and its licensed agents annually transport over 2000 interstate household goods and commercial shipments throughout the United States.

9.    Global and its licensed agents prominently use the Global name and Global Marks in advertising and promotion of moving and storage services through television commercials, Internet advertisement and promotion, print advertisements, shipping materials, brochures and sales contracts, shipping documents, signage appearing at the business premises of authorized Global agents, yellow page listings, and signage appearing on trucks and other equipment used by authorized Global agents.

10.    Since 1956, literally hundreds of licensees have used the Global name and Global Marks in this manner.

_____
Janine Rudolph

Subscribed and Sworn on this
_24th_ day of September, 2007 before:

_____
Notary Public, TERRY ANN REYES

My Commission Expires: July 12, 2015
My County of Residence: DeKalb

2

# Exhibit G

Int. Cl.: 39

Prior U.S. Cl.: 105

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 897,127
Registered Aug. 18, 1970
Renewal Approved Sep. 5, 1990

---

**SERVICE MARK**
**PRINCIPAL REGISTER**



GLOBAL VAN LINES, INC. (TEXAS CORPORATION)
2301 NORTH GLASSELL
ORANGE, CA 92613

OWNER OF U.S. REG. NOS. 661,769 AND 695,839.

FOR: PACKING, STORING, AND TRANSPORTING GOODS FOR OTHERS, IN CLASS 105 (INT. CL. 39);
FIRST USE 5–10–1966; IN COMMERCE 5–10–1966.

SER. NO. 72-316,095, FILED 1–8–1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 16, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 39

Prior U.S. Cl.: 105

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 903,656

Registered Dec. 1, 1970

Renewal Approved Sep. 5, 1990

## SERVICE MARK
## PRINCIPAL REGISTER

## GLOBAL

GLOBAL VAN LINES, INC. (TEXAS
CORPORATION)
2301 NORTH GLASSELL
ORANGE, CA 92613

OWNER OF U.S. REG. NO. 661,769.

FOR: PACKING, STORING AND
TRANSPORTING GOODS FOR OTHERS,
IN CLASS 105 (INT. CL. 39).
FIRST USE 5-1-1956; IN COMMERCE
5-1-1956.

SER. NO. 72-318,184, FILED 2-3-1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 16, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 16

Prior U.S. Cl.: 2

## United States Patent and Trademark Office

Reg. No. 1,167,207
Registered Sep. 1, 1981

### TRADEMARK
Principal Register



Global Van Lines, Inc. (Texas corporation)
One Global Way
Anaheim, Calif. 92803

For: CARTONS, CONTAINERS AND PACK-ING MATERIALS FOR USE IN THE TRANS-PORTATION AND STORAGE OF GOODS AND HOUSEHOLD ARTICLES, in CLASS 16 (U.S. Cl. 2).

First use May 10, 1966; in commerce May 10, 1966.

Ser. No. 144,048, filed Oct. 7, 1977.

HENRY S. ZAK, Primary Examiner

Int. Cl.: 16

Prior U.S. Cl.: 37

## United States Patent and Trademark Office

Reg. No. 1,119,228
Registered May 29, 1979

### TRADEMARK
Principal Register

## GLOBAL

Global Van Lines, Inc. (Texas corporation)
1 Global Way
Anaheim, Calif.   92803

For: CARTONS, CONTAINERS AND PACKING MATERIALS FOR USE IN THE TRANSPORTATION AND STORAGE OF GOODS AND HOUSEHOLD ARTICLES, in CLASS 16 (U.S. CL. 37).

First use May 1, 1956; in commerce May 1, 1956.
Owner of Reg. Nos. 830,792, 897,127, and 903,656.

Ser. No. 144,047 filed Oct. 7, 1977.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,            )
                                   )
            Plaintiff,             )
                                   )
      v.                           )        Case No.:
                                   )
GLOBAL MOVING SYSTEMS, INC.,       )
                                   )
            Defendant.             )

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ON PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

This matter having come before the Court on the motion of the Plaintiff, GLOBAL VAN

LINES, INC., ("Global Van Lines"), for a Preliminary Injunction against the Defendant,

GLOBAL MOVING SYSTEMS, INC., ("Global Moving Systems"), and after reviewing all of

the papers, affidavits and arguments submitted by the parties, this Court now makes the

following Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52.

**FINDINGS OF FACT**

1.      Beginning at some point prior to the filing of this Motion, the Defendant Global

Moving Systems began operating an interstate moving and storage business known as Global

Moving Systems, Inc. and continues to do so at present. See Exhibit A (printouts of the webpage

www.globalmoving.com).

2.      As of October 29, 2007, a corporation with the name Global Moving Systems,

Inc. was indicated as an active domestic business corporation organized under the laws of the

District of Columbia. See Exhibit B, printout from DCRA information page, located at

www.mblr.dc.gov/corp/lookup/status.asp?id=42356.

3.      In May 2007, a customer of Global Moving Systems, Kathleen Tischner, reported

to Global Van Lines that she had retained Global Moving Systems for a June 2007 move and had done so under the confusion and misapprehension that she was retaining Global Van Lines for the move.  See Exhibit C, Declaration of Kathleen Tischner, ¶10, 11, 15 (hereinafter, "Tischner Declaration").

4.    Throughout her entire business contact with Global Moving Systems up until the time in May 2007 when she paid Global Moving Systems a non-refundable deposit and "booked" her move with Global Moving Systems, Tischner believed that she was dealing with Global Van Lines.  See Tischner Declaration, ¶10, 11.

5.    Tischner had used Global Van Lines for interstate moves in the past and fully intended on using Global Van Lines for her June 2007 move and would have done so if not for the confusion caused by Global Moving Systems and its website www.globalmoving.com.  See Tischner Declaration, ¶14.

6.    The only reason that Tischner did not discontinue her business contact with Global Moving Systems and retain Global Van Lines to perform her June 2007 move is because she had already paid Global Moving Systems a non-refundable deposit.  See Tischner Declaration, ¶12, 13.

7.    A printout of the homepage for www.globalmoving.com, dated October 29, 2007, shows that this website advertises and markets moving and storage services for a business named Global Moving Systems.  A printout of the homepage is attached hereto as the first page of Exhibit A (the remaining pages of Exhibit A are printouts of the "long distance" page, "moving guide" page, the "online quote" page, the "about us" page, and the "contact us" page of www.globalmoving.com, all dated October 29, 2007).

8.    A printout of the "WHOIS" database provided by www.networksolutions.com

shows that the registrar for the website www.globalmoving.com is Global Moving Systems, Inc. of 1200 G Street, Washington, D.C. 10021.  See Exhibit D.

9.      The home page for www.globalmoving.com also shows the telephone number of Global Moving Systems to be (877) 529-0333.  See Exhibit A.

10.     Global Van Lines has never had any relationship whatsoever with Global Moving Systems, Inc. or any business or entity with that name.  See Exhibit E, Declaration of Thomas Lambert, ¶7 (hereinafter, "Lambert Declaration").

11.     Global Van Lines has never authorized Global Moving Systems, or any business or entity with that name, to use the names Global, Global Moving, and/or Global Moving Systems in the marketing, sales or provision of household goods or commercial moving and storage services.  Lambert Declaration, ¶8.

12.     Global Van Lines has never authorized Global Moving Systems to use the names Global, Global Moving, and/or Global Moving Systems  in the website www.globalmoving.com. Lambert Declaration, ¶9.

13.     Since 1956, Global Van Lines has been engaged in the business of providing and marketing a variety of transportation and moving services in interstate commerce under the name Global Van Lines and other Marks containing the words Global Van Lines, including U.S. Service Mark Registration Nos. 897,127, 903,656, 1,119,228 and 1,167,207 (hereinafter the "Global Van Lines Marks"), and renewed said registrations as required to maintain ownership. See Exhibit F, Declaration of Janine Rudolph (hereinafter, "Rudolph Declaration").  Copies of the registrations for these Marks are attached as Exhibit G.

14.     The Global Van Lines Marks and the name Global Van Lines have been in continuous use for more than fifty years in a variety of ways.  They have been prominently

displayed on all of Global Van Lines' trucks and vans, in Global Van Lines' print, television and internet advertising of its services. Rudolph Declaration, ¶9-10. As a result of this extensive and continuous use, and as a result of the extensive publicity and public acclaim Global Van Lines and its services have garnered, Global Van Lines' Marks and the names Global Van Lines and Global Van Lines are famous worldwide. Consequently, the trade name "Global Van Lines" is a valuable asset of the company.

15.     The trade name "Global Van Lines" is distinctive. The name has acquired a secondary special meaning and significance indicating or identifying the company, its vehicles and the services it provides.

16.     Global Van Lines also has licensed certain companies to act as its agents and has permitted them to use Global Van Lines' name and Marks on their advertising, vehicles and other products. Over the years and currently, hundreds of licensees have used Global Van Lines' name and Marks in this manner. Rudolph Declaration, ¶9-10. Global Van Lines has been careful to limit such activities so that they occur only pursuant to licensing arrangements under which Global Van Lines maintains complete control over the manner in which its name and Marks are used. The public has come to identify Global Van Lines' name and Marks as exclusively representing Global Van Lines and to associate all uses of the Global Van Lines name and Marks solely with Global Van Lines and its licensees, who use the name and Marks to advertise their affiliation with Global Van Lines.

17.     As a result of the publicity, promotion, advertising, and marketing efforts of Global Van Lines and its authorized and licensed agents, the general public has become familiar with Global Van Lines' name, official logos, and Marks.

## CONCLUSIONS OF LAW

1.      To obtain a preliminary injunction, a plaintiff must show: (1) it has at least a

reasonable likelihood of success on the merits; (2) it has no adequate remedy at law and will be

irreparably harmed if the injunction does not issue; (3) the threatened injury to the plaintiff

outweighs the threatened harm the injunction may inflict on the defendant; and (4) the public

interest would be served by granting the preliminary injunction.  The Appleseed Foundation, Inc.

v. Appleseed Institute, Inc., 971 F. Supp. 672, 674 (D. D. C. 1997) (citing Washington

Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir.

1977)); Sears, Roebuck and Co. v. Sears Financial Network, Inc., 587 F. Supp. 857, 684 (D. D.

C. 1983) (same).

2.      In trademark infringement cases, a plaintiff must show that: (1) its mark is

protected under the Lanham Act; (2) that its mark is distinctive or has acquired secondary

meaning; and (3) that the challenged mark is likely to cause confusion among customers.

Appleseed Foundation, 971 F. Supp. at 675 (citing Sears, Roebuck, 587 F. Supp. at 861, and

American Ass'n for the Advancement of Science v. The Hearst Corp., 498 F. Supp. 244, 254 (D.

D. C. 1980)); Sears, Roebuck, 587 F. Supp. at 861.  In the similar claim of unfair competition

based on misappropriation or unauthorized use of a trademark, a plaintiff must show "1) a

likelihood of confusion; and 2) secondary meaning, i.e., an association in the minds of the

buying public between the name of the product and the product itself or the source."  Sears,

Roebuck, 587 F. Supp. at 861 (AAAS, 498 F. Supp. at 261-62).

3.      In this case, a preliminary injunction is warranted because Global can demonstrate

a likelihood of success on the merits on its trademark infringement claim and its unfair

competition claim.  The Defendant is infringing upon Global's name and Marks by continuing to

operate the Internet website, www.globalmoving.com, continuing to use the name "Global Moving Systems" and continuing to use telephone numbers that are listed on the website www.globalmoving.com.

    4.    Here, the irreparable harm that will befall Global if the Defendant is permitted to continue and expand its infringement of Global's name and Marks is more than presumptive. If these activities are not enjoined by this Court, or if the Defendant is not required to transfer control of its website and telephone number:

    (a)    The public has been and will continue to be confused, misled and deceived as to the source and origin Defendant's services and will mistakenly purchase services of inferior quality that are not authorized by Global;

    (b)    The distinctive value and reputation of Global's names, official logos and slogans will be diluted, impairing the value of Global's licensing program;

    (c)    The Defendant will benefit from the goodwill and secondary meaning enjoyed by Global's name, official logos and their slogans, as well as the commercial value of the same that is enjoyed by Global; and

    (d)    Global will suffer from the permanent loss to the Defendant of substantial revenues from the sale of services under the infringing name and mark.

    5.    Global has no adequate remedy at law to prevent these injuries. See, e.g., AAAS, 498 F. Supp. at 262.

    6.    Global will suffer immediate harm if the Defendant is not restrained from doing business under the name "Global Moving Systems" and operating the Internet website www.globalmoving.com. Moreover, Global's request for a preliminary injunction is modest. Global is requesting the transfer of control and ownership to Global of any telephone numbers registered to Global Moving Systems and/or listed on the website www.globalmoving.com and the discontinuance or transfer of ownership and control of the Internet website, www.globalmoving.com, which prominently features the unauthorized and infringing name

"Global Moving Systems." This would involve the cessation of business activity that has caused consumers to confuse Global's business with that of the Defendants.

7.       The public interest clearly favors immediate injunctive relief in this case. "It is within the public interest for the Court to take action to prevent public deception and confusion over the source or origin of businesses with which the public deals." Sears, Roebuck, 587 F. Supp. at 865. Global's name and its Marks have been in continuous use for more than 50 years in a variety of ways. They have been prominently displayed on all of Global's equipment and in its print, television and internet advertising of its services. As a result of such extensive, continuous use, and as a result of the extensive publicity and public acclaim Global and their services have garnered, the marks and the name are famous worldwide.

8.       For the reasons stated in these Findings and Conclusions, Global meets all of the requirements for entry of a preliminary injunction.

9.       Because of the clear weight of the merits in this case, Global's likelihood of success on those merits, and the reasonableness of the scope of injunctive relief sought, as well as the total absence of demonstrable harm to the Defendant, Global should not be required to post bond or security.

Dated: November 2, 2007.

Respectfully submitted,

DOMBROFF GILMORE JAQUES & FRENCH, PC

By:    /s/
        Thomas B. Almy (#371235)
        1676 International Drive, Penthouse
        McLean, VA 22102
        Tel. (703) 336-8723
        Fax (703) 336-8750
        Attorneys for Plaintiff Global Van Lines, Inc.

# Exhibit A



Home | Testimonials | Local Moves | Long Distance | International | Storage | Packing | Online Quote | Moving Guide | Savings Center | Ab

Online Quote | Free Home Estimate | 1-877-529-0333



# Moving with
# the best
## Is the best way
## of moving

Global Moving Systems, Inc is a leading full service moving & storage company. We specialize in Local, Interstate & International moving as well as professional packing and storage facility.

Find Moving company, Movers, Moving Ser Quotes in your local area:

 **New York, New Jersey, Conn**

 **Massachusetts, New Hampsh**

 **Washington DC, Maryland, V**

 **Take the stress out of your** experienced estimators survey provide you with a Flat Rate Quo

 **Packing Materials.** Order materials online. Free Deliver move.

 **Need to move quickly?** Our and movers are available and 24/7. Click for a Quote or call 1-

 **Testimonials!!!** from customer used our company, saved money an excellent service.

| Free Online Estimate | Online Quote | Testimonials |
|---|---|---|

## About us

Specializing in local, long distance and international moving, Global Moving Systems, Inc. is the premiere company prepared to handle all of your moving and relocation needs.

Our reputation and experience in the moving industry makes Global Moving Systems, Inc. a leading moving company. We offer unique services to fulfill all your relocation requirements:

 Personal Moving Coordinator

 Cost effective moving solutions

 Warehousing & Storage

 High percentage of repeating

 Professional Movers

 Excellent Customer Service

 Professional Packing Services

 Solutions Customize service for local, long


ONLINE MOVING INSU

customers                          distance and international moves -
                                   Individual & Corporate

We value our customers. We understand the difficulties in every move and
make every effort to provide you with a pleasant and stress-free relocation. Our
high standards of honesty and professionalism has been appreciated by our
customers who use our services again and again.

USDOT: 1385580 □ Corporate Moves  □  Offices  □  Interstate Moves  □  Houses  □  Military Staff  □  Apartments  □





A Long Distance Relocation is an across states move in a radius over 100-miles from your location. The industry standard is to charge by the size of your shipment based on the distance destination. Global Moving Systems, Inc. also offer a Free Onsite Estimate at your location in provide you with a Flat Rate for your upcoming move.

We want to help you plan your move properly to make you relocation as exciting, rewarding a free as possible. Our highly appreciated reputation in the moving industry has made Global M Systems, Inc. to be a leading Relocation Company for long distance moves.

At Global Moving Systems, Inc. you will have a Personal Relocation Coordinator who will ass requirements before the move process begins, and recommend the service strategies and alt available and customize our services to fit your individual needs.

We will customize your move to fulfill all your individual requirements including professional m packing services, storage and customize delivery date. Learn more about Long Distance Mov Moving Guide.

 Moving Guide           Online Quote

 Free Onsite Estimate      Testimonials

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc





## Moving Guide

A successful move starts with proper planning and preparations. Our relocation guide pro
with comprehensive information regarding your upcoming move.

Please review the guide carefully and contact your Personal Relocation Coordinator at Glob
Systems, Inc. in order to better understand the moving process, budget your moving costs
more about how we can customize our relocation service to fulfill all your individual requireme

Our relocation guide contain the following sections:

 Local Moves           Moving Tips

 Long Distance Moves           Packing & Storage

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc



Home  Testimonials  Local Moves  Long Distance  International  Storage  Packing  Online Quote  Moving Guide  Savings Corner  Ab

## Online Quote

**Personal Information**

Contact Name:

Email:

Home Phone:

Mobile Phone:

Company Name:

Work Phone:

Estimated Move Date: Month      Date      2007



**Moving From**                          Moving To:

Move Size: Please Select

Address:                                 Address:

Address(2):                              Address(2):

City:                                    City:

State: Please Select                     State: Please Select

Zip:                                     Zip:

**Additional Items to be shipped, or Additional Comments:**

Submit

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc

http://www.globalmoving.com/Online_Quote.html                          10/29/2007



Home | Testimonials | Local Moves | Long Distance | International | Storage | Packing | Online Quote | Moving Guide | Savings Center | Ab

**1-877-529-0333**



Looking for a Moving Company you can trust? Global Moving Systems, Inc. is a reliable, prof and efficient moving company. Our movers are experienced and trained to provide you with th moving and packing services you need.

We specialize in the following services:

 **Local Moving**

 **Interstate (long distance) moving**

 **International (overseas) moving**

 **Packing & Crating**

 **Storage**

When moving with Global Moving Systems, Inc. you enjoy a personal attitude, customized se your special moving needs and a reliable mover.

GLOBAL MOVING SYSTEMS INC: USDOT Number: 1385580, MC Number: 527825

Corporate Moves ¤ Offices ¤ Interstate Moves ¤ Houses ¤ Military Staff ¤ Apartments

Global Moving Systems, Inc





**Global Moving Systems, Inc.**

**New York
New Jersey
Connecticut**

**Dispatch & Warehouse:**
183 Lorraine Street
Brooklyn, NY 11231

**Maryland
Virginia
District of Columbia**

**Dispatch & Warehouse:**
8795 D'Arcy Road
Forestville, MD 20747

**Mailing Address**
1200 G Street
Washington, DC 20005

We would like to hear from you. Please contact us with your questions, inquiries or comments

Name:

Email:

Tel:

Your
Comments:

Submit

Corporate Moves  ¤  Offices  ¤  Interstate Moves  ¤  Houses  ¤  Military Staff  ¤  Apartments

Global Moving Systems, Inc

http://www.globalmoving.com/Contact_us.html                    10/29/2007

# Exhibit B





MAYOR
Adrian M. Fenty

## Organization Information



DCRA HOME

SERVICES

INFORMATION

ONLINE SERVICE
REQUESTS

## Online Organization Registration
### Search Registered Organizations

**Organization Details - Step** 1 2 3
To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | GLOBAL MOVING SYSTEMS, INC. | PINHAS ROZEN<br>1200 G ST., NW; WASH, DC<br>Washington, DC 20005 |
| **State:** | DC | |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 6/6/2005 | |
| **File No.:** | 251796 | |
| **Organization Type:** | DOMESTIC BUSINESS CORPORATION | |

[ << Back to Main Page ]    [ < Return To Search Results ]    [ Print Results ]
[ New Search ]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by
Topic | Agencies | DC
Council | Search |
Elected Officials

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Feedback | Translation
| Accessibility | Privacy
& Security | Terms &
Conditions

# Exhibit C

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,            )
                                   )
            Plaintiff,             )
                                   )
    v.                             )        Case No.:
                                   )
GLOBAL MOVING SYSTEMS, INC.,       )
                                   )
            Defendant.             )

## DECLARATION OF KATHLEEN TISCHNER

NOW COMES **Kathleen Tischner** and deposes and states:

1.    I currently reside at 2602 Goodwood Road, Baltimore, Maryland 21214.

2.    I am at least eighteen years of age and am giving the foregoing statement under no disability, duress or financial incentive and of my own free will.

3.    If called as a witness in this matter, I can competently testify to the following facts from my personal knowledge.

4.    In May of 2007, I contacted Global Moving Systems, Inc. through its website, www.globalmoving.com, for a household goods move from Baltimore, Maryland to Ridgeville, South Carolina.

5.    I became aware of the www.globalmoving.com website as the result of a search for "Long Distance Movers" first on www.google.com and then on www.monster.com.

6.    Also in May of 2007, Global Moving Systems, Inc. provided an estimate for my move through its website, www.globalmoving.com.

7.    Shortly after I received the moving estimate from Global Moving Systems, Inc., I provided Global Moving Systems, Inc. with a non-refundable deposit and "booked" my move for

a date in June 2007.

8.     Shortly following the payment of my deposit and booking of the move, I had several follow up questions for Global Moving Systems, Inc. and attempted to contact one of the company's representatives through the website www.globalmoving.com.

9.     Although my concerns were addressed and my questions were answered satisfactorily, it was at this time, in May 2007, that I became aware that Global Moving Systems, Inc. was not Global Van Lines.

10.    Up to this time in May 2007, and throughout the estimating and booking process, I was of the belief that I was being serviced by and that my move was being booked by Global Van Lines.

11.    Until after the time when my move was booked in May 2007, I was fully confused by Global Moving Systems, Inc. and all the parts of its website www.globalmoving.com that I saw into believing that I was dealing with Global Van Lines.

12.    Had I discovered at any point prior to the booking of my move and the payment of my deposit that Global Moving Systems, Inc. was not Global Van Lines, I would have immediately discontinued my contact with Global Moving Systems, Inc. and retained Global Van Lines for my June 2007 move.

13.    Because I had already paid a non-refundable deposit, I did not discontinue my contact with Global Moving Systems, Inc.

14.    I had used Global Van Lines for interstate moves in 1974 and 1986 and intended to use Global Van Lines for my June 2007 move; I would have used Global Van Lines for my June 2007 move if I had not been confused by Global Moving Systems, Inc. and its website www.globalmoving.com.

2

15.    At some point in May 2007, I contacted Global Van Lines to inform its representatives that I had been confused by Global Moving Systems, Inc. and its website www.globalmoving.com into believing that I was retaining Global Van Lines for my June 2007 move and to allow Global Van Lines the opportunity to take steps to prevent such confusion in the future with other potential customers.

Kathleen Tischner
Kathleen Tischner

Subscribed and Sworn on this
__21__ day of August, 2007 before:

Grace Ann Neal
Notary Public

3

# Exhibit D

# Network Solutions

Login                    Customer Service            Your cart is empty
                         Call us toll free

## WHOIS Search Results

**WHOIS Record For**



### globalmoving.com
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

This WHOIS database is provided for information purposes only. We do
not guarantee the accuracy of this data. The following uses of this
system are expressly prohibited. (1) use of this system for unlawful
purposes. (2) use of this system to collect information used in the
mass transmission of unsolicited commercial messages in any medium;
(3) use of high volume, automated, electronic processes against this
database. By submitting this query, you agree to abide by this
policy

Registrant:
  Global Moving Systems Inc
  1200 G Street
  Washington, DC 20005
  US

Domain Name: GLOBALMOVING.COM

Administrative Contact, Technical Contact, Zone Contact
  Global Moving Systems Inc.
  1200 G Street
  Washington, DC 20005
  US
  (877)529-0333
  (202)742-6317 [fax]
  service@globalmoving.info

Domain created on 20-Nov-2000
Domain expires on 20-Nov-2007
Last updated on 21-Aug-2006

Domain servers in listed order:

  NS1.DISCOUNTASP.NET
  NS2.DISCOUNTASP.NET
  NS3.DISCOUNTASP.NET

When you register a domain name, current policies require that the contact information for
your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use. You agree that

### SAVE over 70%
when you TRANSFER
your domains to
Network Solutions — your
trusted domain name provider!

Go

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.



Search

Domain registration and hosting powered by DomainDiscover
As low as $9/year, including FREE responsive toll-free support,
URL/frame/email forwarding, easy management system, and full featured DNS

The previous information has been obtained either directly from the registrant of a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

Go »

| | |
|---|---|
| Current Registrar: | DOMAINDISCOVER |
| IP Address: | 64.209.142.10 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-PASADENA |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Meta Description: | A moving company you can trust, providing Local moves, Interstate - long distance moves; International - Overseas moves, Packing & Crating Services, Storage & Warehousing. |
| Meta Keywords: | Moving companies, Moving company, movers, mover, moving services, storage, packing. |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | Not available |
| Data as of: | 31-Jul-2007 |

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NAME

| | | |
|---|---|---|
| globalmovin... | ☑ | .biz |
| globalmovin... | ☑ | .tv |
| globalmovin... | ☑ | .us |
| globalmovin... | ☑ | .cc |
| globalmovin... | ☑ | .ws |
| globalmovin... | ☑ | .bz |
| globalmovin... | ☑ | .vg |
| globalmovin... | ☑ | .gs |
| globalmovin... | ☑ | .tc |
| globalmovin... | ☑ | .ms |

Continue »

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name
○ NIC Handle
○ IP Address

Search »





**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee





"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

# Exhibit E

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,                    )
                                           )
        Plaintiff,                         )
                                           )
    v.                                     )    Case No.:
                                           )
GLOBAL MOVING SYSTEMS, INC.,               )
                                           )
        Defendant.                         )

## DECLARATION OF THOMAS LAMBERT

NOW COMES **Thomas Lambert** and deposes and states:

1.    I currently reside at 18214 Lochner Road, Spencerville, Indiana 46788.

2.    I am at least eighteen years of age and am giving the foregoing statement under no disability, duress or financial incentive and of my own free will.

3.    If called as a witness in this matter, I can competently testify to the following facts from my personal knowledge.

4.    I am the Director, Agency Development of Global Van Lines, Inc. ("Global"). I have held this position since October 2000.

5.    Global is wholly owned by North American Van Lines, Inc., which in turn is wholly owned by SIRVA, Inc., and has its corporate headquarters in Westmont, Illinois.

6.    In my duties as Director, Agency Development, I oversee the administration of Global's contractual relationships with each agent in their respective "agent network."

7.    Global has never had any relationship whatsoever with an entity called Global Moving Systems, Inc. or any individual associated with or representing this entity.

8.    Global has never authorized Global Moving Systems, Inc. or any individual

associated with or representing this entity to use the name "Global Moving Systems" in the marketing, sales or provision of household goods or commercial moving and storage services.

9.     Global has never authorized Global Moving Systems, Inc. or any individual associated with or representing this entity to use the name "Global" in the website www.globalmoving.com.

10.    Global has authorized agents in the following markets:

Virginia:          Tanner Van Lines; Relocation Services

New York:         Clinton Moving & Packaging

New Jersey:       American Movers, Inc.; Avenel Moving & Storage

Massachusetts:    Fleet Moving & Storage; Mark's Moving & Storage; W&W
                  Moving & Storage

Connecticut:      Professional Moving & Storage; Fleet Moving & Storage


                                          Thomas Lambert

Subscribed and Sworn on this
_13th_ day of August, 2007 before:


Notary Public, TERRY ANN REYES

My Commission Expires: July 12, 2015
My County of Residence: DeKalb

2

# Exhibit F

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,       )
                                    )
        Plaintiff,       )
                                    )
     v.                )    Case No.:
                                    )
GLOBAL MOVING SYSTEMS, INC.,  )
                                    )
        Defendant.    )

### DECLARATION OF JANINE RUDOLPH

NOW COMES **Janine Rudolph** and deposes and states:

1.     I currently reside at 16527 Claystone Ct., Fort Wayne, IN 46845.

2.     I am at least eighteen years of age and am giving the foregoing statement under no disability, duress or financial incentive and of my own free will.

3.     If called as a witness in this matter, I can competently testify to the following facts from my personal knowledge.

4.     I am the Senior Legal Assistant for Global Van Lines ("Global"). I have held this position since September 1997.

5.     Global is wholly owned by North American Van Lines, Inc., which in turn is wholly owned by SIRVA, Inc., and has its corporate headquarters in Westmont, Illinois.

6.     In my duties as Senior Legal Assistant, I oversee the integrity of Global's trademarks and servicemarks, including the timely filing of applications and renewals with the proper authorities and the monitoring of various advertising and media outlets for potentially infringing activity.

7.     Global expended over $190,000 in 2006 and is budgeted to spend a like amount in

2007 on advertising and promoting the Global Van Lines name, its trademarks and servicemarks, and its brand.

8.     Global and its licensed agents annually transport over 2000 interstate household goods and commercial shipments throughout the United States.

9.     Global and its licensed agents prominently use the Global name and Global Marks in advertising and promotion of moving and storage services through television commercials, Internet advertisement and promotion, print advertisements, shipping materials, brochures and sales contracts, shipping documents, signage appearing at the business premises of authorized Global agents, yellow page listings, and signage appearing on trucks and other equipment used by authorized Global agents.

10.     Since 1956, literally hundreds of licensees have used the Global name and Global Marks in this manner.

_____
Janine Rudolph

Subscribed and Sworn on this
__24th__ day of September, 2007 before:

_____
Notary Public, TERRY ANN REYES
My Commission Expires: July 12, 2015
My County of Residence: DeKalb

2

# Exhibit G

Int. Cl.: 39

Prior U.S. Cl.: 105

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 897,127
Registered Aug. 18, 1970
Renewal Approved Sep. 5, 1990

## SERVICE MARK
## PRINCIPAL REGISTER



GLOBAL VAN LINES, INC. (TEXAS
CORPORATION)
2301 NORTH GLASSELL
ORANGE, CA 92613

OWNER OF U.S. REG. NOS. 661,769
AND 695,839.

FOR: PACKING, STORING, AND
TRANSPORTING GOODS FOR OTHERS,
IN CLASS 105 (INT. CL. 39).
FIRST USE 5–10–1966; IN COMMERCE
5–10–1966.

SER. NO. 72–316,095, FILED 1–8–1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 16, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 39

Prior U.S. Cl.: 105

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 903,656
Registered Dec. 1, 1970
Renewal Approved Sep. 5, 1990

SERVICE MARK
PRINCIPAL REGISTER

GLOBAL

GLOBAL VAN LINES, INC. (TEXAS CORPORATION)
2301 NORTH GLASSELL
ORANGE, CA 92613

OWNER OF U.S. REG. NO. 661,769.

FOR: PACKING, STORING AND TRANSPORTING GOODS FOR OTHERS, IN CLASS 105 (INT. CL. 39).
FIRST USE 5-1-1956; IN COMMERCE 5-1-1956.

SER. NO. 72-318,184, FILED 2-3-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 16, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 16

Prior U.S. Cl.: 2

United States Patent and Trademark Office

Reg. No. 1,167,207
Registered Sep. 1, 1981

## TRADEMARK
### Principal Register



Global Van Lines, Inc. (Texas corporation)
One Global Way
Anaheim, Calif. 92803

For: CARTONS, CONTAINERS AND PACK-
ING MATERIALS FOR USE IN THE TRANS-
PORTATION AND STORAGE OF GOODS AND
HOUSEHOLD ARTICLES, in CLASS 16 (U.S. Cl.
2).

First use May 10, 1966; in commerce May 10,
1966.

Ser. No. 144,048, filed Oct. 7, 1977.

HENRY S. ZAK, Primary Examiner

Int. Cl.: 16

Prior U.S. Cl.: 37

United States Patent and Trademark Office

Reg. No. 1,119,228
Registered May 29, 1979

## TRADEMARK
### Principal Register

## GLOBAL

Global Van Lines, Inc. (Texas corporation)
1 Global Way
Anaheim, Calif.   92803

For: CARTONS, CONTAINERS AND PACKING MATERIALS FOR USE IN THE TRANSPORTATION AND STORAGE OF GOODS AND HOUSEHOLD ARTICLES, in CLASS 16 (U.S. CL. 37).

First use May 1, 1956; in commerce May 1, 1956.
Owner of Reg. Nos. 830,792, 897,127, and 903,656.

Ser. No. 144,047 filed Oct. 7, 1977.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GLOBAL VAN LINES, INC.,              )
                                     )
              Plaintiff,             )
                                     )
       v.                            )       Case No.:
                                     )
GLOBAL MOVING SYSTEMS, INC.,         )
                                     )
              Defendant.             )

**PROPOSED ORDER GRANTING GLOBAL VAN LINES, INC.'S MOTION FOR A
PRELIMINARY INJUNCTION**

THIS MATTER came before the Court on Plaintiff's Motion for a Preliminary Injunction. After reviewing the arguments and submissions of the parties, all of the papers and affidavits submitted in the action, and making Findings of Fact and Conclusions of Law as required by Fed. R. Civ. P. 52; it is hereby

ORDERED as follows:

1.      Global Van Lines, Inc.'s Motion for a Preliminary Injunction is granted.

2.      Defendant, Global Moving Systems, Inc., its agents, servants and all persons in concert or participation with any of the foregoing are hereby enjoined from:

      (a)      Infringing Global Van Lines, Inc.'s registered Marks and name, including use of the name "Global Moving Systems";

      (b)      Selling or marketing their services in any way that tends to deceive, mislead or confuse the public into believing that their services are in any way sanctioned by or affiliated with Global Van Lines, Inc.;

      (c)      Diluting the distinctive quality of Global Van Lines, Inc.'s Marks; and

      (d)      Making any statement or representation whatsoever or using any false

designation of origin or description or performing any act which can or is likely to confuse or leave the trade or public or individual members thereof to believe that their services are in any manner associated or connected with Global Van Lines, Inc.

3.    Defendant, Global Moving Systems, Inc., its agents, servants and all persons in concert or participation with any of the foregoing are hereby enjoined and required to:

(a)    Relinquish to Global Van Lines, Inc. any and all ownership rights to any and all telephone numbers currently registered to Global Moving Systems, Inc. and, at its own expense, make the proper arrangements to have actual control over these telephone numbers transferred to Global Van Lines, Inc. within five days of this Order;

(b)    Relinquish to Global Van Lines, Inc. actual control over the Internet website whose address is www.globalmoving.com and, at its own expense, make the proper arrangements to have actual control over this Internet website transferred to Global Van Lines, Inc. within five days of this Order;

(c)    Discontinue immediately the use of the name "Global Moving Systems" in connection with the sales and marketing of any commercial or household goods moving and storage services.

Each individual Defendant is ordered to file with this Court and serve on Global Van Lines, Inc. on or before _____, 2007, a report in writing, under oath, setting forth in detail the manner and form in which the Defendant has complied with this Preliminary Injunction.

This Preliminary Injunction shall go into effect at once, (it is being issued

_____, 2007 at _____ a.m./p.m.), and shall remain in effect until

_____, 2007 at _____ a.m./p.m., unless sooner dissolved or modified.

This matter is set for a status hearing on _____, 2007 at _____ a.m./p.m.

Global Van Lines, Inc. is not required to post a bond pursuant to Rule 65(c), this Court

having found that such bond is not required given the circumstances of this case.


_____                    _____
Date                                           United States District Court Judge


List of Counsel and Unrepresented Parties Entitled to Service of Order:

Thomas B. Almy                                 Global Moving Systems, Inc.
Dombroff, Gilmore, Jaques & French, P.C.       c/o Registered Agent, Phinas Rozen
1676 International Drive, PH                    1200 G Street NW
McLean, VA 22102                               Washington, D.C. 20005
Attorneys for Plaintiff Global Van Lines, Inc.