IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLOBAL VAN LINES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:07-cv-01965-RMC |
| | * | |
| GLOBAL MOVING SYSTEMS, INC., | * | |
| | * | Judge Rosemary M. Collyer |
| Defendant. | * | |
| | * | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MORGAN W. CAMPBELL

Morgan W. Campbell moves this Court for permission to appear *pro hac vice* in this matter on behalf of Plaintiff Global Van Lines, Inc. In support of this motion, I state as follows:

1. My declaration pursuant to Local Rule 83.2(d) is attached as "A."

2. This motion is supported and signed by the undersigned sponsoring member of the Bar of this Court.

          Respectfully Submitted,

          DOMBROFF GILMORE JAQUES &
          FRENCH, PC

By: /s/ Thomas B. Almy
     Thomas B. Almy (#371235)
     1676 International Dr., PH
     McLean, VA  22102
     Tel. (703) 336-8715
     Fax (703) 336-8750

     Attorneys for Global Van Lines, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on November 30, 2007, the Motion for Admission *Pro Hac Vice* of Morgan Warren Campbell was served on the persons identified below by the delivery method indicated:

Clerk's Office
United States District Court for the District of Columbia
By Electronic Document Filing System

Steven K. Kramer, Esq.
1120 Connecticut Ave., NW, Suite 4321
Washington, DC 20035
Fax (202) 659-0603
By U.S. First Class Mail, postage prepaid, and facsimile

Global Moving Systems, Inc.
1200 G St., NW
Washington, DC 20005
By U.S. First Class Mail, postage prepaid

Maureen Dwyer, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., NW
Washington, DC 20037
By U.S. First Class Mail, postage prepaid


                                            /s/ Thomas B. Almy
                                            Thomas B. Almy

## DECLARATION OF MORGAN W. CAMPBELL

I, Morgan W. Campbell, of legal age and sound mind, swear and affirm as follows:

1. My full name is Morgan Warren Campbell.

2. My office address is Dombroff Gilmore Jaques & French, PC, 1676 International Drive, PH, McLean, VA 22102. My telephone number is (703) 336-8712.

3. I am admitted to the Bar of the Commonwealth of Virginia and the Bar of the District of Columbia. I am also admitted to practice in the U.S. District Court for the Eastern District of Virginia and the U.S. Court of Appeals for the Fourth Circuit.

4. I hereby certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: November 30, 2007

Morgan W. Campbell

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL VAN LINES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:07-cv-01965-RMC |
| | * |
| GLOBAL MOVING SYSTEMS, INC., | * |
| | *   Judge Rosemary M. Collyer |
| Defendant. | * |
| | * |

### ORDER

The Court, having considered the Motion for Admission Pro Hac Vice of Morgan W. Campbell, hereby orders that the motion be, and the same hereby is, granted.

_____
Date

_____
The Hon. Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE

List of Counsel and Unrepresented Parties Entitled to Service of Order:

Thomas B. Almy
1676 International Dr., PH
McLean, VA 22102
Counsel for Plaintiff Global Van Lines, Inc.

Global Moving Systems, Inc.
1200 G St., NW
Washington, DC 20005