IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLOBAL VAN LINES, INC. | ) | |
| | ) | Case No. 1:07cv01965-RMC |
| | ) | Judge Rosemary M. Collyer |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| GLOBAL MOVING SYSTEMS, INC. | ) | |
| | ) | |
| Defendant | ) | |

<u>NOTICE OF APPEARANCE</u>

The clerk will please note that Steven J. Kramer, Esq. is entering his appearance for the Defendant GLOBAL MOVING SYSTEMS, INC., in the above referenced case.

Respectfully submitted:

_____

Steven J. Kramer, Esq.
#395258
Suite 431
1120 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 659-8598
Counsel for Defendant
GLOBAL MOVING SYSTEMS, INC.

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appearance was, this 8th day of January, 2008, sent electronically, to:

Morgan W. Campbell
Thomas Almy
Dombroff, Gilmore, Jaques & French, PC
1676 International Drive, Penthouse
Mclean, VA 22102

_____
Steven J. Kramer