IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL VAN LINES, INC. ) | Case No. 1:07cv01965-RMC |
| ) | Judge Rosemary M. Collyer |
| Plaintiff, ) | |
| v. ) | |
| GLOBAL MOVING SYSTEMS, INC. ) | |
| Defendant ) | |

## ANSWER AND JURY DEMAND

COMES NOW the Defendant, GLOBAL MOVING SYSTEMS, INC., by counsel and hereby file its Answer to the Plaintiff's Complaint. Responding to the specific allegations in the Complaint:

1. Defendant is without sufficient knowledge to admit or deny

2-6. Admitted.

7-15. Defendant is without sufficient knowledge to admit or deny.

16-18. Admitted.

19. Defendant is without sufficient knowledge to admit or deny.

20. Admitted.

21. Denied.

22. No response required.

23-27. Denied.

1

28. No response required.

29-33. Denied.

34. No response required.

35. Defendant is without sufficient knowledge to admit or deny.

36-42. Denied.

43. No response required.

44.-47. Denied.

48. No response required.

49-52. Denied.

53. No response required.

54-56. Denied.

57. No response required.

58-60. Denied.

61. No response required.

62.-64. Denied.

65. No response required.

66-68. Denied.

69. No response required.

70-72. Denied.

73. No response required.

74-76. Denied.

77. No response required.

78. Denied.

## FOR AFFIRMATIVE DEFENSES DEFENDANT STATES:

### FIRST DEFENSE

Plaintiff's damages, if any, were caused by the acts or omissions of the Plaintiff or of a third party for whom Defendant has no obligation.

### SECOND DEFENSE

Plaintiff has failed to mitigate damages.

### THIRD DEFENSE

Plaintiff's claims fail due to contributory negligence.

### FOURTH DEFENSE

Plaintiff's claim fails due to the failure to state a claim.

### FIFTH DEFENSE

Plaintiff's claims are barred by the doctrine of waiver and estoppel.

### SIXTH DEFENSE

Plaintiff's claims fail due to the doctrine of laches.

### SEVENTH DEFENSE

The servicemarks and trademarks in question are not so similar in nature as to create confusion.

## EIGHTH DEFENSE

Defendant reserves the right to assert other affirmative defenses that become available as the facts become known.

## JURY DEMAND

Defendant hereby demands a jury on all issues.

WHEREFORE, Defendants requests that Plaintiff's Complaint be dismissed with prejudice, with costs and for such other relief as the court deems proper in this matter.

*/s/ Steven J. Kramer*

Steven J. Kramer, Esq.
#395258
Suite 431
1120 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 659-8598
Counsel for Defendant
GLOBAL MOVING SYSTEMS, INC.

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Answer was, this 21st day of Jan., 2008, sent electronically, to:

Morgan W. Campbell
Thomas Almy
Dombroff, Gilmore, Jaques & French, PC
1676 International Drive, Penthouse
Mclean, VA 22102

_____
Steven J. Kramer